IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                       Case No.: 1:24-CR-42
                                                             (JUDGE KLEEH)

STEVEN DAVID SEEGER,

      Defendant.

**MOTION FOR REVIEW OF ORDER GRANTING DETENTION**

Comes now the defendant, Steven David Seeger, by and through his counsel, Thomas G. Dyer, and pursuant to 18 U.S.C. § 3145(b), requests this Court's review of the Magistrate Judge's Detention Order and revocation of said Order.

As a short summary, the original Detention Order is out of California and is not available on counsel's Pacer, so counsel does not have access to the specifics findings made by that Court. The Magistrate Court in the Northern District of West Virginia denied the government's motion for detention stating that it was moot since the defendant was previously Ordered detained by the magistrate judge in California.

**Memorandum of Law**

Pursuant to 18 U.S.C. §3145(b), if a person is ordered detained by a magistrate or by a person other than a judge of a court having original jurisdiction over the offense and other than a federal appellate court, that person may file with the court having original jurisdiction over the offense, a motion for revocation or amendment of the order. The motion shall be determined promptly. "When a defendant seeks review of a magistrate judge's order of detention, the district court is bound to review the matter <u>de novo</u>, and undertake a complete review of the matter for

the purpose of arriving at its own 'independent conclusion.'" United States v. Williams, 753 F.2d 329, 331 (4th Cir. 1985).

## Conclusion

Based upon the foregoing, Mr. Seeger would request that this Court vacate the Magistrate Court's Detention Order and release Mr. Seeger upon pretrial release with any terms and conditions this Court deems necessary and appropriate to ensure the safety of the community and to ensure that Mr. Seeger appears for all future proceedings.

        Respectfully submitted
        Defendant
        By Counsel

        _/s/ *Thomas G. Dyer*_
        Thomas G. Dyer, WVSB# 4579
        Dyer Law
        349 Washington Avenue
        P.O. Box 1332
        Clarksburg, WV 26302-1332

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                               Case No.: 1:24-CR-42
                                                   (JUDGE KLEEH)

STEVEN DAVID SEEGER,

    Defendant.

### CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing *Motion for Review of Order Granting Detention* was served upon the relevant parties via the CM/ECF filing system on the 2nd day of August 2024.

                                                 /s/ *Thomas G Dyer*
                                                 Thomas G. Dyer, WVSB# 4579
                                                 Dyer Law
                                                 349 Washington Avenue
                                                 P.O. Box 1332
                                                 Clarksburg, WV 26302-1332