# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

**v.**                                  Crim. Action No. 1:24-CR-42
                                                 (Kleeh)
**STEVEN DAVID SEEGER,**

    **Defendant.**

## ORDER DENYING DEFENDANT'S SECOND MOTION TO RECONSIDER DETENTION [ECF NO. 45]

Pending before the Court is Steven David Seeger's *Defendant's Renewed Motion for Release from Detention.* ECF No. 45. The Court previously undertook a de novo review of Mr. Seeger's detention following the decision of Magistrate Judge Chi Soo Kim, of the Eastern District of California, to detain Defendant pending further proceedings. ECF No. 38. Following a thorough review of the parties' briefings, oral arguments, and Defendant's pretrial services reports, the Court denied Defendant's motion for reconsideration on September 10, 2024. Id.

Upon review of Defendant's renewed motion, as well as the entire record, the Court **FINDS** that Defendant's detention remains proper. None of the information in Defendant's newest filing [ECF No. 45] overcomes the presumption of detention. The record as a whole supports that Defendant poses a danger to the community and is an elevated risk for nonappearance.

**ORDER DENYING DEFENDANT'S MOTION TO RECONSIDER DETENTION [ECF NO. 45]**

Accordingly, Defendant has again failed to overcome the rebuttable presumption that no condition or combination of conditions will reasonably assure his appearance as required and the safety of the community, and the 18 U.S.C. § 3142(g) factors warrant continued detention. Thus, *Defendant's Renewed Motion for Release from Detention* [ECF No. 45] is **DENIED** and the Detention Order [ECF No. 8-2] is again **AFFIRMED.** The Court **ORDERS** that Defendant remain detained pending trial.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel, the Office of Probation, and the United States Marshals Service.

DATED: March 13, 2025

*[Signature: Tom S Kleeh]*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA