IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**UNITED STATES OF AMERICA,**

    **Plaintiff**

v.                                                  Criminal Action No. 1:24-CR-42

**STEVEN SEEGER,**

    **Defendant.**

### UNITED STATES' NOTICE OF
### SECOND SUPPLEMENTAL DISCOVERY DISCLOSURE

Comes now the United States of America and Randolph J. Bernard, Acting United States Attorney for the Northern District of West Virginia, by Kimberley D. Crockett, Assistant United States Attorney for said District, and pursuant to Rule 16 of the Federal Rules of Criminal Procedure and the local rules of this Court, submits its second supplemental discovery disclosure as follows:

### Rule 16(a)(1)E) and L.R.Cr.P. 16.10(d)
### Documents and Tangible Objects

All documents and tangible objects are provided on USAFX marked "Second Supplemental Rule 16" as as Bates Nos. US635-927. The documents Bates numbered US635-919 were previously provided by USAfx on March 10, 2025 without Bates numbers. Defense counsel has also previously viewed these files 2 (two) separate times, once at the jail on October 7, 2024 and another time at FBI CJIS on February 28, 2025 in Clarksburg.

                                                             Respectfully submitted,

                                                              RANDOLPH J. BERNARD
                                                              ACTING UNITED STATES ATTORNEY

By: <u>s/ Kimberley D. Crockett</u>
Kimberley D. Crockett
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Kimberley D. Crockett, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that on the 13th day of March, 2025, the foregoing *United States' Notice of Second Supplemental Discovery Disclosure* was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas G. Dyer  
Dyer Law  
P.O. Box 1332  
Clarksburg, WV 26302

I further certify that the documents and tangible object were served by USAFX on March 13, 2025.

                                                  RANDOLPH J. BERNARD  
                                                  ACTING UNITED STATES ATTORNEY

                                  By:    s/ Kimberley D. Crockett  
                                             Kimberley D. Crockett  
                                             Assistant United States Attorney