**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

v.                                                          Criminal No.   1:24-CR-42

**STEVEN DAVID SEEGER,**

        **Defendant.**

## GOVERNMENT UNOPPOSED MOTION FOR EXTENSION OF EXHIBIT DISCLOSURE DEADLINE

Now comes the United States of America and Randolph Bernard, Acting United States Attorney for the Northern District of West Virginia, by Kimberley Crockett, Assistant United States Attorney, who moves for a seven-day extension of the current deadline for disclosure of trial exhibits and the exhibit list.

Pursuant to the scheduling order in this case, the exhibit list and exhibit disclosures to counsel (among other trial disclosures) are due on March 19, 2025. Government's counsel seeks additional time as she has a pre-paid trip to Japan to visit her son from March 16-March 23, 2025. Counsel has filed an exhibit list and will be filing a supplement to that list that will reduce the number of exhibits and better identify relevant portions of the discovery, i.e. chat communications, images, and video for ease of trial. The government has had discovery conferences with defense counsel to review the discovery and there will be no surprises for the defense. Government's counsel was unable to complete this task timely inasmuch as she has completed two appellate briefs within the last two weeks and preparation of trial exhibits and pre-trial motions requires coordination with the special agent in Clarksburg.

Counsel for the defendant, Steven Seeger, does not oppose this motion.

Furthermore, the Government does not oppose a corresponding extension of time to file motions in limine with respect to any of the disclosed exhibits. The Government thus submits that the motion is supported by good cause and will not prejudice the defendant.

Accordingly, the United States respectfully requests that the Court extend the exhibit list and disclosure due date to March 26, 2025.

Respectfully submitted:

UNITED STATES OF AMERICA
RANDOLPH J. BERNARD
Acting United States Attorney

/s/ Kimberley Crockett (9335)
Assistant United States Attorney
217 W. King Street
Martinsburg, WV

## CERTIFICATE OF SERVICE

I, Kimberley Crockett, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that on March 14, 2025, I electronically filed the foregoing **GOVERNMENT UNOPPOSED MOTION FOR EXTENSION OF EXHIBIT DISCLOSURE DEADLINE**, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants registered in CM/ECF in the above-referenced matter.

UNITED STATES OF AMERICA
RANDOLPH J. BERNARD
Acting United States Attorney

/s/ Kimberley Crockett (9335)
Assistant United States Attorney
217 W. King Street
Martinsburg, WV
