IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

UNITED STATES OF AMERICA,

    Plaintiff

v.        Criminal Action No. 1:24-CR-42

STEVEN SEEGER,

    Defendant.

### UNITED STATES' NOTICE OF THIRD SUPPLEMENTAL DISCOVERY DISCLOSURE

Comes now the United States of America and Randolph J. Bernard, Acting United States Attorney for the Northern District of West Virginia, by Kimberley D. Crockett, Assistant United States Attorney for said District, and pursuant to Rule 16 of the Federal Rules of Criminal Procedure and the local rules of this Court, submits its third supplemental discovery disclosure as follows:

**Rule 16(a)(1)E) and L.R.Cr.P. 16.10(d)**
**Documents and Tangible Objects**

All documents and tangible objects are provided on USAFX marked "Third Supplemental Rule 16" as as Bates Nos. US928-940. Defense counsel has previously viewed these files.

    Respectfully submitted,

    RANDOLPH J. BERNARD
    ACTING UNITED STATES ATTORNEY

By:    s/ Kimberley D. Crockett
    Kimberley D. Crockett
    Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Kimberley D. Crockett, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that on the 19th day of March, 2025, the foregoing *United States' Notice of Third Supplemental Discovery Disclosure* was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas G. Dyer
Dyer Law
P.O. Box 1332
Clarksburg, WV 26302

I further certify that the documents and tangible object were served by USAFX on March 19, 2025.

                                        RANDOLPH J. BERNARD
                                        ACTING UNITED STATES ATTORNEY

                           By:    s/ Kimberley D. Crockett
                                     Kimberley D. Crockett
                                     Assistant United States Attorney