# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**UNITED STATES OF AMERICA,**

    **Plaintiff**

**v.**                                                              **Criminal Action No. 1:24-CR-42**

**STEVEN DAVID SEEGER,**

    **Defendant.**

## UNITED STATES' VERDICT FORM

Comes now the United States of America and Randolph J. Bernard, Acting United States Attorney for the Northern District of West Virginia, by Kimberley, Assistant United States Attorney, and submits the following verdict form.

                                                           Respectfully submitted,

                                                           RANDOLPH J. BERNARD
                                                           ACTING UNITED STATES ATTORNEY

                         By:    /s/ Kimberley D. Crockett
                                      Kimberley D. Crockett
                                      Assistant United States Attorney

## **VERDICT FORM NO. 1 – COUNT ONE**

As to Count One, Coercion and Enticement of a Minor for Sex, on or about September 2011, Marion County, in the Northern District of West Virginia, and elsewhere, in violation of Title 18 United States Code, Section 2422(b).

We the jury, on the issue joined, find beyond a reasonable doubt that the defendant, **STEVEN DAVID SEEGER**, is

GUILTY _____                                    NOT GUILTY _____

## **VERDICT FORM NO. 2 – COUNT TWO**

As to Count Two, Production of Child Pornography, on or about June 25, 2013, in Marion County, in the Northern District of West Virginia, and elsewhere, in violation of Title 18 United States Code, Sections 2251(a) and (e).

We the jury, on the issue joined, find beyond a reasonable doubt that the defendant, **STEVEN DAVID SEEGER**, is

GUILTY _____            NOT GUILTY _____

## **VERDICT FORM NO. 3 – COUNT THREE**

As to Count Three, Solicitation of Child Pornography, on or about May 26, 2014, in Marion County, in the Northern District of West Virginia, and elsewhere, in violation of Title 18 United States Code, Sections 2252A(a)(3)(B) and (b)(1).

We the jury, on the issue joined, find beyond a reasonable doubt that the defendant, **STEVEN DAVID SEEGER**, is

GUILTY _____ NOT GUILTY _____

# **VERDICT FORM NO. 4 – COUNT FOUR**

As to Count Four, Production of Child Pornography, on or about May 31, 2014, in Marion County, in the Northern District of West Virginia, and elsewhere, in violation of Title 18 United States Code, Sections 2251(a) and (e).

We the jury, on the issue joined, find beyond a reasonable doubt that the defendant, **STEVEN DAVID SEEGER**, is

GUILTY _____                                   NOT GUILTY _____

Case 1:24-cr-00042-TSK-MJA   Document 59   Filed 03/19/25   Page 5 of 7   PageID #: 231

## **VERDICT FORM NO. 5 – COUNT FIVE**

As to Count Five, Possession of Child Pornography, on or about March 29, 2021, in Preston County, in the Northern District of West Virginia, in violation of Title 18 United States Code, Sections 2252A(a)(5)(B) and (b)(2).

We the jury, on the issue joined, find beyond a reasonable doubt that the defendant, **STEVEN DAVID SEEGER**, is


GUILTY _____                                    NOT GUILTY _____




FOREPERSON: _____

## **CERTIFICATE OF SERVICE**

I, Kimberley D. Crockett, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that on March 19, 2025, the foregoing *United States' Verdict Form* was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas G. Dyer
Dyer Law
P.O. Box 1332
Clarksburg, WV 26302
(*Counsel for Steven David Seeger*)

RANDOLPH J. BERNARD
ACTING UNITED STATES ATTORNEY

By:   /s/ Kimberley D. Crockett
Kimberley D. Crockett
Assistant United States Attorney
217 West King Street, Suite 400
Martinsburg, WV 25401