## SEARCH WARRANT

STATE OF WEST VIRGINIA, County of _____ Preston _____ , to-wit:

To the Sheriff or any Deputy Sheriff of the County, to any member of the Department of Public Safety, or to any police officer authorized by law to execute search wan-ants:

Whereas, _____ Trooper T.P. Nicholson _____ has this day made complaint on oath

before the undersigned, a Magistrate of said County, that on the _1st_ day of _____ Januaxy _____ , 20 _14_ .

in the said County of _____ Preston _____ , prior to the issuance of this warrant,

_____ Steven David Seeger _____ did unlawfully, [Z] and feloniously / C] but not feloniously,

(state the offense)

S61-8C-3. Distribution and exhibiting of material depicting minors engaged in sexually explicit conduct prohibited

(a) Any person who, knowingly and willfully, sends or causes to be sent or disuibutes, exhibits, possesses,

electronically accesses with intent to view or displays or transpons any material visually portraying a minor

engaged in any sexually explicit conduct is guilty of a felony.

and that the complainant has cause to believe and does believe that property (check all that apply),

a.   stolen/ [Z embezzled/ Cl obtained by false pretenses;

b.   12 designed and intended for use/ Owhich is and has been used as a means of committing such criminal offense;

c.   C] manufactured/ C] sold/ kept/ CJ concealed/ C] possessed/ controlled/

     C] designed and intended for use/ C] which is and has been used in violation of the criminal laws of the state;

d.   evidence of a crime.

Namely (state property to be seized),

Photographs. messages. videos, and all other evidence of a violation of West Virginia State Code.

EXHIBIT
4

is concealed in (describe premises),
See Attached.                                             Check if continuation sheet is included.

and that the grounds for probable cause for the issuance of this warrant are as follows: (statefactsfor belief) That

on March 29, 2021, Trooper Nicholson was contacted by Kaitlin Stewart, who advised that Steven Seeger

blackmailed her into sending nude photographs and sexually explicit videos to him when she was fifteen years old.

and that the name of the person whose affidavit has been taken in support of the issuance of this warrant is Trooper T.P. Nicholson (complainant's name).

You are, therefore. commanded in the name of the State of West Virginia to search forthwith the premises above described and all appunenances appenaining thereto for the property above specified, to seize such propeny

and bling the same before me to be dealt with accordin o .cording to law.

Given under my hand this the ( QUday

ay of _ADPCI_ . 20_ Y_(.

may be

that a warrant ler its date.

Magistrate's Signature

NOTE: W. Va. Code 62-1A-4 provides specifiGlly that a warrant _executed and returned only_ within _10 days after its date._

Complaint,

MMWAS

RETURN2

PROPERTY RECEIPT

STATE OF WEST VRGINIA, County of _____Preston_____, to-wit:

I, the undersigned, di did execute the within wan•ant, on the 2 day of    Apr { ( _____ ,
20Q_L'

time: _12:57_ ☐ a.m./ ☒    P.m., by searching the premises therein described.

The following is an inventory ofthe property seized, hereby receipted:

Digital Data , will update upon reciept

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Dated this _26_ day of _April_ , 20 21 .

_____
Officer

Receipt of a copy of the within warrant is hereby acknowledged along with the inventory of the property

taken as above listed.

Dated _____  _____ this _____ day of _____ .20

time:_____O a.m./ O P.m.

_____
Person from whose premises the propeny was takQ

Complaint,   3 bßfWAS

SEARCH WARRANT (Continuation Sheet)

STATE OF WEST vmGm1A, County of _____ Preston _____ , to-wit:

Items:

**Blue WD Passport S/N: WX11A64AHRR7**

Blue

Black WD Passport SIN: W*X91A92N2299

Sandisk Ulu•a 16BG

Black LG Nexus Model # LG-E960

Samsung S21 Ultra in blue Otterbox

SCA-M28: Search Warrant (Affidavit and    Warrant, and Property Receipt)  Page Revision Date:
07/15/2016: Docket Code(s):

Silver Apple Macbook Model: A1212

Complaint,
NªnawAS

4

## AFFIDAVIT AND COMPLAINT FOR SEARCH WARRANT

STATE OF WEST VIRGINIA, County of _____ Preston _____, to-wit:

This day _____ Trooper T.P. Nicholson personally appeared before the undersWd, a Magsu•ate for said Cotmty, and _____ being duly swom, upon his oaå says tut on the

1st day of _____ Jouary _____, 20 14 , indxesaidCountyof _____ Preston _____, prior

to åe mayng ofdlis Complaint, _____ Steven David Seege _____ did unlawfully,

@and feloniously / but not feloniously, (state the offmse asßlO' säforth in warrant)

561-8C-3. Disnibuüon exhibiting ofmataial m.inors Qgaged in sexually explicit conduct prohibited (a) Any who, howingly and willftlly, sends or causes to be or **listributes, exhibits,** possesses,

electronically accesses with intQt to view or displays or &anspare _____ material visually portraying a minor

engaged in any sexually *cit conduct is Blilty of a felony.

and that the amant has cause to believe and doe believe that property (check au that appt'),

a.    stolen/Ü embea.l&i/ O obtained by åke premses;

b.    desigxed and _____ for use/ Owhich is has been used as a means ofcommitting such criminal offense;

c.    manumctured/ sow kept/ concealed/ O possessed/ conUolled I

   designed and intended for use/ which is and has been used in violation ofthe aiminal laws ofthe state;

d.    evidence ofa

Namely (state property ro be sdzed),

Photogaphs, messages, videos, and all _____ ofa violation ofWest _____ SMe Code.

is conceded in *(describe premises),* @Geck if coüuation sheet is included.
See Attached.

and that the facts for such bdief are (statefactsror beuq)

That on Mach 29, 2021, Trooper Nicholson was contacted by Kaidin Stewmt, who advised that Steven Seæer blachnailed her sending nude and sexually explicit videos to him whan she was years old.

**Trooper T.P. Nicholson**
Complainant's Name                                Complainant's Signature

Taken, subscribed and sworn to before me, this 19th day of April , 20 11.

_____ Magistrate's Signature

NOTE: *W.Va. Code § 62-1A-4* provides specifically that a warrant may be executed and returned only within 10 days after its date.

Search Warrant (Affdavit and    Warrant, and Property Receipt) Page 07/15/2016; Docket
Code(s):

RevisionDate:                                    remmas



FORM 17-A  WVSP
11/2016  REV:Page 1 of 2

## REPORT OF CRIMINAL INVESTIGATION

| DETACHMENT FILE NUMBER | 123018324 |
|---|---|
| MODE OF OPERATION | On March 29, 2021, Kaitlin Victoria Stewart contacted the WVSP Kingwood Detachment to file a child porn complaint against Steven Seeger. Mrs. Stewart lives in Texas and Mr. Seeger lives in Preston County, West Virginia. |

MODE   OPERATION

ACTION TAKEN On Tuesday, March 23, 2021, Trooper T.P. Nicholson (this trooper) was contacted at the WVSP Kingwood Detachment by Professor Jeffery Roth (witness ofStephen F. Austin State University in Nacogdoches, Texas, referring a possible child porn incident involving one ofhis students, Kailin Stewatt (victim). Mr. Roth advised that he received an e-mail from Steven Seeger (suspect) that caused him to have some concerns. Mr. Roth advised he then spoke with the victim and she advised the suspect had been blackmailing her for sexual pictures since she was fouzteen (14) years old. Mr. Roth advised the victim is currently aventy-one (21) years old.

This trooper then requested that Mr. Roth provide him with the victim 's contact information, and he advised he would obtain said information for this trooper.

On Friday, March 26, 2021, this trooper contacted the Nacodgoches Police Department and spoke with Corporal Lee. Cpl. Lee advised that the victim filed a revenge porn complaint against the suspect. Cpl. Lee advised that the victim provided a mix of information during said interview that was at times not accurate. The victim would then admit to not telling conect information and recant-

On March 29, 2021 at approximately 1227 hours, this trooper was able to contact the victim via telephone. The victim advised during said interview that she met the suspect when she was approximately fourteen (14) years old on the cellphone application known as Kik. The victim advised that when she first met the suspect, she deceived him and did not advised the suspect of her actual age. This trooper noted that the victim did not advised him of the age she claimed to be. The victim advised that when she did reveal her age to the suspect he asked for nude photographs and explicit videos as a '{punishment" for lying. The victim advised she is unaware ifthe suspect retained any photographs. This trooper noted that said conversation was recorded and later transferred to a compact disc. Said compact disc is attached to the file copy of this repolt as exhibit.#l.

At approximately 1249 hours, this trooper received the e-mail that Mr. Roth advised him of several days prior. Said e-mail was then printed out and attached to the file copy ofthis report as exhibit#2.

At 300 hours, this trooper completed the proper paperwork and obtained a search warrant for the suspect's house through the Preston County Circuit Court. A copy of said warrant was later attached after being served as exhibit #3.

At approximately 1830 hours, this trooper and Trooper S.W. Morris traveled to the suspect residence, addressed 310 Hilltop Drive near the city of Bruceton Mills, Preston County, and executed said search warrant to obtain electronic storage devices. This trooper noted items listed on the property page were seized and later transferred to the WVSP Kingwood Detachment Evidence Room as exhibits #5, #6, and #9, respectfully.

This trooper noted that while at the suspect's residence, the suspect was advised of his Miranda Rights and interviewed regarding the alleged crime. The suspect advised that he did receive nude images of the victim when she was under the age of eighteen (1 8), but this was when the victim was lying about her age. The suspect advised when she revealed her actual age, he deleted said images and never asked for more until she was over the age of eighteen (18). The suspect advised he still has the new photographs of the victim above the age of eighteen (18). The suspect did advise he

**EXHIBIT**

2 of 2

Page

REV wvsr FORM 17 A

## REPORT OF CRIMINAL INVESTIGATION

sent topless pictures of the victim to her friends in spite. The suspect also stated that he recently Q. discovered that the victim was using him to obtain money and monetary items. The suspect was unable to provide any evidence of said claim at this time. *Ibe suspect advised he believe the victim : c is using him and other males to obtain money. This trooper noted that said search and interaction ¾ ⁔with the suspect was recorded via body camera. Said footage was later **transferred** to exhibit #1. On March 30, 2021 at approximately 1000 hours, this trooper received WVSP Form 114, Evidence Room Receipt for exhibits #4 - #9. Said form is attached to the file copy of this repolt as exhibit #10.

On April 19, 2021, this trooper completed the proper papenvork and obtained a search warrant for the digital contents of exhibits #4 - #9.

On April 26, 2021, this trooper executed said search warrant at the WVSP Digital Forensics Laboratory in Morgantown, WV. A copy of said served search warrant is attached to the file copy of this leport as exhibit #11. This tmoper also obtained a copy of WVSP Form 53, Forensic Laboratory Case Submission Form and said form is attached to the file copy of this report as exhibit

On May 2, 2021 at approximately 1630 hours, this trooper noted he is awaiting the results of the digital forensics. This trooper was given an approximate wait of two (2) months.

At the submission of this report this investigation is considered active. A supplemental report will be submitted upon obtaining the results from digital forensics or obtaining more information through investigation.

Trooper T.P. Nicholson

West Virginia State Police

Troop I — Kingwood

COPY TO     The Superintendent
Prosecuting Attomey
Detachment Files