IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

**v.**                                                         Crim. Action No. 1:24-CR-42
                                                                              (Kleeh)

**STEVEN DAVID SEEGER,**

    **Defendant.**

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION TO FILE RESPONSE AND CONTINUE PRETRIAL CONFERENCE [ECF NO. 74]**

On March 25, 2025, the Government filed its *Unopposed Motion for Extension to File Response to Motion to Suppress and Motion to Continue the Pretrial to Later Date Before Current Trial Date* [ECF No. 74]. Finding good cause to do so, the Court **GRANTS** the motion [ECF No. 74] and **EXTENDS** the Government's deadline to respond to the pending motions [ECF Nos. 67, 68] to **April 4, 2025**. Additionally, the pretrial conference is **CONTINUED** until **April 14, 2025**, at **3:15 p.m.**, at the **Clarksburg**, West Virginia, point of holding court.

It is so **ORDERED**.

The Clerk shall transmit copies of this Order to counsel of record, the United States Marshals Service, and the Office of Probation.

DATED: March 25, 2025

_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA