IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES

     v.                                                    CRIMINAL NO. 1:243-CR-42

STEPHEN DAVID SEEGER

## MOTION IN LIMINE

Now comes Stephen David Seeger, by his attorneys, Thomas Dyer, Esq., and Dyer Law Offices, and Martin P. Sheehan, Esq., and Sheehan & Associates, PLLC, and file this Motion in Limine.

The United States has file an Amended Exhibit List. Items 3, 3a, 3b, and 3c purport to be a recording of a phone call with Officer Keith Lee. Other materials produced in discovery identify this as a phone call between Office Lee of the Nagodoces (Texas) Police Department and Trooper Nicholson.

In the judgment of the undersigned, that material is hearsay, and introduction of that material would be a violation of the Confrontation Clause.

WHEREFORE, the Defendant moves in limine to exclude such materials.

                                                              Respectfully submitted,

s/ *Thomas G. Dyer*                                                   s/ *Martin P. Sheehan*
Thomas G. Dyer, Esq.                                        Martin P. Sheehan, Esq.
W.Va. Bar No. 4579                                          W.Va. Bar No. 4812
Dyer Law                                                                Sheehan & Associates, PLLC
P.O. Box 1332                                                   1140 Main St.
Clarksburg, WV 26302                               Suite 333
(304) 622-1635                                             Wheeling, WV 26003
(304) 622-1870 fax                                     (304) 232-1064
dyerlawof@aol.com                                    (304)232-1066 fax
                                                                Martin@MSheehanLaw.net
                                                                Paralegal@MSheehanLaw.net

## CERTIFICATE OF SERVICE

I, Martin P. Sheehan, did file this document with the Clerk of the District Court for the Northern District of West Virginia on this 3rd day of April 2025 via CM/ECF. That caused service to be made on Assistant United States Attorneys Andrew R. Cogar, Kimberley D. Crockett and Morgan McKee, at their e-mail addresses of record.

s/ *Martin P. Sheehan*
Martin P. Sheehan, Esq.

Sheehan & Associates, PLLC
1140 Main St., Suite 333
Wheeling, WV 26003
(304) 232-1064
(304)232-1066 fax
Martin@MSheehanLaw.net
Paralegal@MSheehanLaw.net