IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES,

v.                                                  CRIMINAL NO. 1:24-CR-42

STEPHEN DAVID SEEGER,

**DEFENDANT'S RESPONSE TO UNITED STATES'**
**REQUEST FOR JUDICIAL NOTICE**

Now comes Stephen David Seeger, by his attorneys, Thomas Dyer, Esquire, and Dyer Law,

and Martin P. Sheehan, Esquire, and Sheehan & Associates, PLLC, and in Response to the United

States' request hereinabove, states that he has no objection.

Dated this 4th day of April, 2025.

Respectfully submitted,

*/s/ Thomas G. Dyer*
Thomas G. Dyer (WVSB #4579)
Dyer Law
347 Washington Avenue
Clarksburg, WV 26301
(304) 622-1635
(304) 624-9334 facsimile
dyerlawof@aol.com

*/s/Martin P. Sheehan*
Martin P. Sheehan (WVSB #4812)
Sheehan & Associates, PLLC
1140 Main Street, Suite 333
Wheeling, WV 26003
(304) 232-1064
(304) 232-1066 facsimile
Martin@MSheehanLaw.net
Paralegal@MSheehanLaw.net

**CERTIFICATE OF SERVICE**

I, Thomas G. Dyer, do hereby certify that on the 4th day of April, 2025, I electronically filed

the **Defendant's Response to United States' Request for Judicial Notice** with the Clerk of the

Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Thomas G. Dyer*
Thomas G. Dyer (WVSB #4579)
Dyer Law
347 Washington Avenue
Clarksburg, WV 26301
(304) 622-1635
(304) 624-9334 facsimile
dyerlawof@aol.com