**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

**v.**                                    **Crim. Action No. 1:24-CR-42
(Kleeh)**

**STEVEN DAVID SEEGER,**

            **Defendant.**

## ORDER GRANTING REQUEST TO TAKE JUDICIAL NOTICE [ECF NO. 51]

On March 18, 2025, the United States filed a request asking the Court to take judicial notice.  See ECF No. 51.  Defendant does not objection to the request.  See ECF No. 83.

With no objection from Defendant, and finding the United States' request to be an accurate statement of the law, the **GRANTS** the request [ECF No. 51] and hereby takes judicial notice of the following fact, pursuant to Rule 201 of the Federal Rules of Evidence:

- The Internet is a facility of interstate and foreign commerce, and the use of a cellular telephone constitutes use of a facility of interstate commerce.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: April 4, 2025

_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA