IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

**v.**                                           Crim. Action No. 1:24-CR-42
                                                           (Kleeh)

**STEVEN DAVID SEEGER,**

    **Defendant.**

### ORDER GRANTING SECOND REQUEST TO TAKE JUDICIAL NOTICE [ECF NO. 52]

On March 18, 2025, the United States filed a request asking the Court to take judicial notice. See ECF No. 52. Defendant does not objection to the request. See ECF No. 84.

With no objection from Defendant, and finding the United States' request to be an accurate statement of the law, the **GRANTS** the request [ECF No. 52] and hereby takes judicial notice of the following fact, pursuant to Rule 201 of the Federal Rules of Evidence:

- Any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, shall be punished as provided under subsection (e), if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate commerce by any means, including by computer.

See 18 U.S.C. § 2251(a).

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: April 4, 2025

*Tom S Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA