IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                               Criminal Action Nos. 1:24-CR-42

STEVEN DAVID SEEGER,

        Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR JUDGE SHAFFER TO APPEAR VIA VIDEOCONFERENCE OR TELEPHONE

Now before the Court is the United States Unopposed Motion for Judge Steven Shaffer to Appear for Pre-trial via Videoconference or telephone scheduled for Monday, April 14, 2025, at 3:15pm.

Upon review and consideration, the Court finds good cause and does hereby **GRANT** the United States' Motion. Accordingly, Judge Steven L. Shaffer may appear at the Pretrial Conference by telephone or videoconference. The Government is **ORDERED** to provide the following Zoom information to Judge Shaffer:

If by ZoomGov Videoconference: https://www.zoomgov.com/j/1615393258?pwd=RytYTGFhejlLTy9VRHFNVThnZ3o1QT09

If by Telephone: +1 646 828 7666

Meeting ID: 161 539 3258

Passcode: 476312

The Clerk of Court is **DIRECTED** to transmit copies of this Order to all counsel of record herein.

DATED: April 8, 2025

                                                          _____
                                                          THOMAS S. KLEEH
                                                          UNITED STATES DISTRICT JUDGE