**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

v.  **Criminal No. 1:24-CR-42**
**(Chief Judge Kleeh)**

**STEVEN DAVID SEEGER,**

  **Defendant**.

## UNITED STATES' MOTION TO SCHEDULE A RULE 11 HEARING

Comes now the United States of America, and Randolph J. Bernard, Acting United States Attorney, by Kimberley Crockett, Assistant United States Attorney, who moves the Court to schedule a hearing in this matter pursuant to Rule 11 of the Federal Rules of Criminal Procedure. In support of the motion, the United States advises the Court that the parties have entered into a written conditional plea agreement in this matter. Exhibit 1, Partially Executed Plea Agreement.

WHEREFORE, for the reasons articulated above, the Government requests that the Court schedule a Rule 11 Hearing at its convenience.

  Respectfully submitted:

  UNITED STATES OF AMERICA,
  RANDOLPH J. BERNARD
  Acting United States Attorney

  /s/ Kimberley D. Crockett
  Assistant United States Attorney
  WVSB #9335
  United States Attorney's Office
  217 W. King Street
  Martinsburg, WV 25401
  304-262-0590

## CERTIFICATE OF SERVICE

I, Kimberley D. Crockett, certify that on April 17, 2025, I electronically filed the foregoing with the Clerk using the CM/ECF system, which will send notification of such filing to counsel for the defendant.

/s/ Kimberley D. Crockett
Assistant United States Attorney
WVSB #9335
United States Attorney's Office
217 W. King Street
Martinsburg, WV 25401
304-262-0590