```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  v.                                  CRIMINAL NO. 1:24-CR-42
                                                  (KLEEH)

**STEVEN DAVID SEEGER,**

      **Defendant.**

## ORDER GRANTING MOTION FOR CHANGE OF PLEA HEARING [ECF NO. 115]

    The Court is in receipt of the Government's motion for a change of plea hearing. For good cause shown, the motion is **GRANTED** [ECF No.115]. Pursuant to 28 U.S.C. § 636, and for reasons appearing to the Court, the Court **REFERS** this action to the Honorable Michael J. Aloi, United States Magistrate Judge, who is hereby designated and authorized to consider the defendant's plea to the charge(s) contained in the Indictment. In considering these matters, the Magistrate Judge shall conduct a hearing and enter into the record a written report and recommendation memorializing the disposition of the Defendant's guilty plea.

    The jury trial and all other pretrial deadlines are hereby **GENERALLY CONTINUED.** In continuing the trial, the Court has considered the factors outlined in 18 U.S.C. § 3161. Because Defendant has indicated that he wishes to plead guilty, the Court finds that the ends of justice served by continuing the trial outweigh the best interests of the public and the defendant in a

speedy trial.  The failure to continue the trial would be likely to result in a miscarriage of justice.  <u>See</u> 18 U.S.C. § 3161(h)(7)(B)(i).  It is further **ORDERED** that any delay resulting from the consideration of the proposed plea agreement shall be excluded for the purposes of the Speedy Trial Act under 18 U.S.C. § 3161(h)(1)(G).

It is so **ORDERED**.

The Clerk is **DIRECTED** to transmit copies of this Order to counsel of record, Magistrate Judge Aloi, and all appropriate agencies.

DATED: April 17, 2025

*Tom S Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA