**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

v.                                           **Criminal No. 1:24-CR-42**
                                                  **(Chief Judge Kleeh)**

**STEVEN DAVID SEEGER,**

      **Defendant**.

**UNITED STATES' MOTION TO RESCHEDULE RULE 11 HEARING**

Comes now the United States of America, and Randolph J. Bernard, Acting United States Attorney, by Kimberley Crockett, Assistant United States Attorney, who moves the Court to reschedule the Rule 11 Hearing currently docketed for May 8, 2025, at 1:30pm. Government's counsel has a contested competency hearing in another criminal matter with a witness appearing in person from California. Counsel proposes the following dates for the Rule 11 hearing: April 24-25, or May 7, 2025.

WHEREFORE, for the reasons articulated above, the Government requests that the Court reschedule a Rule 11 Hearing at its convenience.

                                                  Respectfully submitted:

                                                  UNITED STATES OF AMERICA,
                                                  RANDOLPH J. BERNARD
                                                  Acting United States Attorney

                                                  /s/ Kimberley D. Crockett
                                                  Assistant United States Attorney
                                                  WVSB #9335
                                                  United States Attorney's Office
                                                  217 W. King Street
                                                  Martinsburg, WV 25401
                                                  304-262-0590

## CERTIFICATE OF SERVICE

I, Kimberley D. Crockett, certify that on April 18, 2025, I electronically filed the foregoing with the Clerk using the CM/ECF system, which will send notification of such filing to counsel for the defendant.

/s/ Kimberley D. Crockett
Assistant United States Attorney
WVSB #9335
United States Attorney's Office
217 W. King Street
Martinsburg, WV 25401
304-262-0590
