AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| STEVEN SEEGER | ) | Case No. 1:24-CR-42 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Corporal Keith Lee (Retired)
120 Hulsman Road
Lufkin, TX 75904

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States Courthouse<br>500 W. Pike St.<br>Clarksburg, WV 26301 | Courtroom No.: | Second Floor Courtroom |
|---|---|---|---|
| | | Date and Time: | 04/22/2025 9:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 03/25/2025

**Cheryl Dean Riley**

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* United States of America
, who requests this subpoena, are:

Kimberley D. Crockett
United States Attorney
217 West King Street, Suite 400
Martinsburg, WV 25401
304-262-0590
Kimberley.D.Crockett@usdoj.gov

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 1:24-CR-42

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  Corporal Keith Lee (Retired)
was received by me on *(date)* 03/25/2025.

☑ I served the subpoena by delivering a copy to the named person as follows: Via email to address SHL60LKL@gmail.com from email address eryan@fbi.gov. Confirmation of receipt email was received from SHL60LKL@gmail.com on *(date)* 03/31/2025    ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 3/31/2025

_____
Server's signature

EDWARD RYAN / SPECIAL AGENT
Printed name and title

6000 Jerry Dove Dr., Bridgeport, WV 26330
Server's address

Additional information regarding attempted service, etc: