**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES**

     **v.**                                **CRIMINAL NO. 1:243-CR-42**

**STEPHEN DAVID SEEGER**

**Report of After Discovered Authority**

Now comes Stephen David Seeger, by his attorneys, Thomas Dyer, Esq., and Dyer Law Offices, and  Martin P. Sheehan, Esq., and Sheehan & Associates, PLLC, and file this Report of After Discovered Authority

1.      This Court heard evidence on motions to suppress evidence on April 14 and 15, 2025.

2.      The Court has provided an informal opinion on the result of that hearing, but has not yet formally ruled.

3.      Rules for providing "after discovered authority" at the Court of Appeals provide such authority may be provided, but not argued.

4.      Consistent with that protocol, the Defendant brings to the Court's attention, the decision in United States v. Evans, 469 F.Supp. 893 (D. Mont. 2007).

Respectfully submitted,

s/ *Thomas G. Dyer*
Thomas G. Dyer, Esq.
W.Va. Bar No. 4579
Dyer Law
P.O. Box 1332
Clarksburg, WV 26302
(304) 622-1635
(304) 622-1870 fax
dyerlawof@aol.com

s/ *Martin P. Sheehan*
Martin P. Sheehan, Esq.
W.Va. Bar No. 4812
Sheehan & Associates, PLLC
1140 Main St.
Suite 333
Wheeling, WV 26003
(304) 232-1064
(304)232-1066 fax
Martin@MSheehanLaw.net
Paralegal@MSheehanLaw.net

## CERTIFICATE OF SERVICE

I, Martin P. Sheehan, did file this document with the Clerk of the District Court for the

Northern District of West Virginia on this 28th day of April 2025 via CM/ECF. That caused

service to be made on Assistant United States Attorneys Andrew R. Cogar, Kimberley D.

Crockett and Morgan McKee, at their e-mail addresses of record.


*s/ Martin P. Sheehan*
Martin P. Sheehan, Esq.

Sheehan & Associates, PLLC
1140 Main St., Suite 333
Wheeling, WV 26003
(304) 232-1064
(304)232-1066 fax
Martin@MSheehanLaw.net
Paralegal@MSheehanLaw.net