IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

**v.**                                                                  Crim. Action No. 1:24-CR-42
                                                                                         (Kleeh)
**STEVEN SEEGER,**

    **Defendant.**

### ORDER RESCHEDULING TRIAL

By prior order, the Court generally continued the jury trial in this matter based upon the Government's motion to schedule a change of plea hearing. ECF No. 116. Thereafter, Magistrate Judge Aloi convened for a plea hearing on April 25, 2025 and May 2, 2025, wherein both plea hearings were recessed to afford Defendant and his counsel an opportunity to review the matter further. ECF Nos. 141, 145. A third plea hearing is presently scheduled for May 12, 2025, at 2:00 P.M. before Magistrate Judge Aloi.

For reasons appearing to the Court, the Jury Trial is **SCHEDULED** for **May 13, 2025,** at **9:30 A.M.** at the **Clarksburg, West Virginia**, point of holding court.

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record, Magistrate Judge Michael J. Aloi, and all appropriate agencies.

    **DATED:** May 6, 2025

                                              /s/ Thomas S. Kleeh
                                            THOMAS S. KLEEH, CHIEF JUDGE
                                            NORTHERN DISTRICT OF WEST VIRGINIA