FILED

MAY 1 2 2025

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEVEN DAVID SEEGER,

Defendant.

Criminal Action No.: 1:24-CR-42
(JUDGE KLEEH)

## WAIVER OF ARTICLE III JUDGE AND CONSENT TO ENTER GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

I, Steven David Seeger, being charged in Count One with Coercion and Enticement of a Minor for Sex, in violation of Title 18, United States Code, Section 2422(b); in Counts Two and Four with Production of Child Pornography, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e); in Count Three with Solicitation of Child Pornography, in violation of Title 18 United States Code, Sections 2252A(a)(3)(B) and 2252(b)(1); and in Count Five with Possession of Child Pornography, in violation of Title 18, Sections 2256(8), 2252A(a)(5)(B) and 2252A(b)(2), in the Northern District of West Virginia, and being advised of the nature of the charges in the Indictment and of my right to have my guilty plea taken by a United States District Judge, hereby waive my right and, instead, consent to have the United States Magistrate Judge hear my guilty plea.

_____
Steven David Seeger

_____
Counsel for Defendant

_____5-12-25_____
Date

_____5/12/25_____
Date

## Concurrence of the United States Attorney

The United States of America and Randolph J. Bernard, United States Attorney for the Northern Judicial District of West Virginia, by Kimberley Crockett, Assistant United States Attorney, hereby consent and agree to have the Federal Magistrate Judge take the defendant's guilty plea in this case.

_____
Assistant United States Attorney