IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**                              Crim. Action No.: 1:24-CR-42
                                          (Judge Kleeh)

**STEVEN DAVID SEEGER,**

        **Defendant.**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 155], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

On May 12, 2025, the Defendant, Steven David Seeger ("Seeger"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of **GUILTY** to Counts One and Four of the Indictment. In Count One, Seeger is charged with Coercion and Enticement of a Minor for Sex, in violation of 18 U.S.C. § 2422(b). In Count Four, Seeger is charged with Production of Child Pornography, in violation of 18 U.S.C. §§ 2251(a) and (c).

This Court referred Seeger's plea of guilty to the magistrate judge for the purpose of administering the allocution, pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted. Seeger stated that he understood that the magistrate judge is not

**USA v. SEEGER**                                                   **1:24-CR-42**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 155], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

a United States District Judge, and Seeger consented to pleading before the magistrate judge.

Based upon Seeger's statements during the plea hearing and the Government's proffer establishing that an independent factual basis for the plea existed, the magistrate judge found that Seeger was competent to enter a plea, that the plea was freely and voluntarily given, that Seeger understood the charges against him and the consequences of his plea, and that a factual basis existed for the tendered plea.  The magistrate judge issued a *Report and Recommendation Concerning Plea of Guilty in Felony Case* ("R&R") [ECF No. 155] finding a factual basis for the plea and recommending that this Court accept Seeger's plea of guilty to Counts One and Four of the Indictment.

The magistrate judge **remanded** Seeger to the custody of the United States Marshals Service.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R.  He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R.  Neither Seeger nor the Government filed objections to the R&R.

**USA v. SEEGER**                                                            **1:24-CR-42**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 155], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

Accordingly, this Court **ADOPTS** the magistrate judge's R&R [ECF No. 155], provisionally **ACCEPTS** Seeger's guilty plea, and **ADJUDGES** him **GUILTY** of the crimes charged in Counts One and Four of the Indictment.

Pursuant to Fed. R. Crim. P. 11(c)(3) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence investigation report prepared in this matter.

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** the following:

1.  The Probation Officer shall undertake a presentence investigation of Seeger, and prepare a presentence investigation report for the Court;

2.  The Government and Seeger shall each provide their narrative descriptions of the offense to the Probation Officer by **June 16, 2025**;

3.  The presentence investigation report shall be disclosed to Seeger, his counsel, and the Government on or before **July 21, 2025**; however, the Probation Officer shall not disclose any sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

**USA v. SEEGER**                                                    **1:24-CR-42**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 155], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

4. Written objections to the presentence investigation report, if any, shall be submitted to the opposing party and to the probation officer on or before **August 4, 2025;**

5. Responses to objections to the presentence investigation report, if any, shall be submitted to the opposing party and to the probation officer on or before **August 11, 2025;**

6. The Office of Probation shall submit the presentence investigation report with addendum to the Court on or before **September 2, 2025;** and

7. Counsel may file any written sentencing memoranda or statements and motions for departure from the Sentencing Guidelines, including the factual basis for the same, on or before **September 9, 2025.**

The Court further **ORDERS** that prior to sentencing, Seeger's counsel shall review with him the revised Standard Probation and Supervised Release Conditions adopted by this Court on November 29, 2016, pursuant to the standing order entered by Chief Judge Groh, In Re: Revised Standard Probation and Supervised Release Conditions, 3:16-MC-56. The Office of Probation and the United States are **DIRECTED** to sit at separate tables throughout the sentencing hearing.

**USA v. SEEGER**                                                         **1:24-CR-42**

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 155], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING

The Court will conduct the **Sentencing Hearing** for Seeger on **September 18, 2025**, at **11:00 a.m.**, at the **Clarksburg, West Virginia**, point of holding court. If counsel anticipates having multiple witnesses or an otherwise lengthy sentencing hearing, please notify the Judge's chamber staff so that an adequate amount of time can be scheduled.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record, the Office of Probation, and the United States Marshals Service.

DATED: June 11, 2025

*Tom S Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA