IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES

    v.                                                                                          CRIMINAL NO. 1:24-CR-42

STEPHEN DAVID SEEGER,

    Defendant.

## MOTION TO EXTEND DEADLINE WITH WHICH
## TO FILE OBJECTIONS TO THE PRE-SENTENCE REPORT

Comes now the defendant, Stephen David Seeger, and hereby moves the Court to extend the deadline within which to file objections to the Pre-Sentence Report currently set for August 4, 2025, to **August 29, 2025**.

Due to the defendant's inmate movement between different facilities within the system, in addition to scheduling issues on the part of counsel, the defendant and counsel have been unable to meet personally, as of yet, to review the Pre-Sentence Report or purposes of preparing final objections thereto. Counsel has made plans to meet with the defendant at the Monroe County Ohio Correctional Center the week of August 11, 2025, and will require some additional time thereafter to file objections.

The probation officer has been consulted about the report and also counsel's need for additional time, and she has no opposition to this request.

Dated this the 5th day of August, 2025.

                                                Respectfully submitted,

                                                ***/s/Thomas G. Dyer***
                                                THOMAS G. DYER (WVSB #4579)
                                                Dyer Law
                                                347 Washington Avenue
                                                Clarksburg, WV 26301
                                                (304) 622-1635
                                                dyerlawof@aol.com
                                                **Counsel for Defendant**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES

    v.                                                CRIMINAL NO. 1:24-CR-42

STEPHEN DAVID SEEGER,

    Defendant.

### CERTIFICATE OF SERVICE

I, Thomas G. Dyer, hereby certify that on August 5, 2025, I electronically filed defendant's **Motion to Extend Deadline with Which to File Objections to the Pre-Sentence Report** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/Thomas G. Dyer*
THOMAS G. DYER (WVSB #4579)
Dyer Law
347 Washington Avenue
Clarksburg, WV 26301
(304) 622-1635
dyerlawof@aol.com