# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  **v.**                                        CRIMINAL NO. 1:24-CR-42
                                                            (KLEEH)

**STEVEN DAVID SEEGER,**

      **Defendant.**

## ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE PSR OBJECTIONS [ECF NO. 163]

Pending with the Court is Defendant Seeger's Motion to Extend Time to Object to the Presentence Report. For reasons appearing to the Court, the Motion is **GRANTED** [ECF No. 163]. Counsel may file written objections to the presentence investigation report on or before **August 22, 2025.** Counsel's response to objections to the presentence investigation report shall be filed on or before **August 29, 2025.** The office of Probation shall submit the presentence investigation report with addendum to the Court on or before **September 8, 2025.** Counsel may file any written sentencing memorandums or motions for departure on or before **September 11, 2025.**

It is so **ORDERED.**

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record and all appropriate agencies.

**DATED:** August 5, 2025

                                          */s/ Thomas S. Kleeh*
                                          THOMAS S. KLEEH, CHIEF JUDGE
                                          NORTHERN DISTRICT OF WEST VIRGINIA