

# Embedded Flight Systems, Inc
# EFSI

To Whom It May Concern:

Employment Opportunity for Steven Seeger

I am writing to confirm that Embedded Flight Systems, Inc. has a position available for Steven Seeger and to outline the terms and conditions of his prospective employment, assuming current conditions are held true.

**Position Availability** Steven Seeger was previously employed with Embedded Flight Systems, Inc. before his arrest. We are prepared to offer him a position to resume his work with our organization. One of our valued customers is particularly eager to have Steven continue the work he was performing for them prior to his arrest. Additionally, we have Internal Research and Development (IR&D) projects that would benefit significantly from Steven's expertise and contributions. This position would begin upon his availability and completion of any necessary onboarding procedures.

**Remote Work Arrangement** The nature of this position allows for remote work, and we are fully prepared to accommodate Steven working from West Virginia. Our company has established remote work protocols and the necessary technological infrastructure to support employees working from various locations. This arrangement would not compromise his ability to fulfill his job responsibilities effectively.

**Computer Monitoring Compliance** We understand that court-ordered computer monitoring software may be required as a condition of Steven Seeger's release. Our company finds this arrangement completely acceptable and workable within our business operations. We have reviewed our systems and confirm that such monitoring software would not interfere with Steven's ability to perform his assigned duties.

**Business Privacy and Security** The presence of court-ordered monitoring software on Steven Seeger's work computer would not compromise any necessary business privacy or security requirements. Our company maintains appropriate data security protocols, and we can structure Steven's work responsibilities and system access in a manner that ensures compliance with both legal requirements and business confidentiality needs. We will ensure that his specific assignments and project responsibilities are carefully selected so that they would not be compromised by the presence of monitoring software.

We are committed to providing Steven Seeger with a stable employment opportunity and supporting his successful reintegration. Should you require any additional information or documentation regarding this employment offer, please do not hesitate to contact me directly.

Sincerely,

*[signature]* 7/31/25

Charles Rogers
Vice President
Embedded Flight Systems, Inc