**Steven Seeger**

Transcription of Trooper Nicholson Body Cam Footage

| | |
|---|---|
| Trooper: | One of my many cards.  Let me read this real quick before you say anything, alright?  He reads him his Miranda Rights.  Do you understand these rights as I have read them to you? |
| Seeger: | Yes. |
| Trooper: | Having these rights in mind, do you wish to talk to us now? |
| Seeger: | Yeah, we can talk. |
| Trooper: | Yeah, like I said at any point in time you don't walk to talk anymore, just say so, alright? |
| Seeger: | I mean if you're here to arrest me, let's just do that and... |
| Trooper: | Why would I be arresting you? |
| Seeger: | I don't know.  I just, the guy in Texas told me that I shouldn't send anybody pictures of her which I threatened to do, said that would be a felony.  So I said okay, I won't do that. |
| Trooper: | Alright, you haven't sent any yet? |
| Seeger: | I sent a couple pictures of her to a couple people because she was lying that she didn't send those but they were like her in the shower, with her arms covering herself and I looked at the law in Texas and it specifically describes certain body parts, so I said ok, I didn't know it was a felony so I'm just gonna have to let it go.  You know, I was pretty mad because I kinda got milked out of 15 grand for someone who, I met this girl while I was going through a divorce years ago, so... |
| Trooper: | So you've been divorced for a while? |
| Seeger: | No we're not, we didn't get the divorce and she kind of came in and out of my life and then we were going to get a divorce and I guess my wife supposedly, she said she filed last January, but I'm not so sure that she did.  She's going through dental school and I'm paying the bills. |
| Trooper: | She doesn't live here though? |
| Seeger: | No she does.  Her brother's here right now.  She's in class. |

Trooper:        Oh, okay.

Seeger:         She's at WVU, she'll be back probably around 8.

Trooper:        Okay.

Seeger:         They're doing a practice lab for something, shots in the mouth.

Trooper:        How long you been talking to Kaitlyn?

Seeger:         I've known Kaitlyn since she was 15, but she told me she was 19.

Trooper:        Send you any pictures from then?

Seeger:         She did send me pictures from back then, but when I found out what her age was she was legal.  But I didn't meet her in person until she was 20.  I never sent her any pictures of me because I was never confident of my own self.  So she had left my life, we didn't talk from age 17, she wasn't continuously in my life, but when she was 18, almost 18 she would talk to me when she was graduating high school soon, she talked a little bit, she went away.  We met in person because I was down near her, when she was 20.  In October 2018, we just had dinner, nothing else.  And then she came back into my life in May of 2020, when everything was falling apart (unintelligable), she's telling me that, I could have, she wants to have a relationship with me, I'm the only person that ever made her happy, all this stuff and it was really just lies because she had a bunch of other people that she was...

Trooper:        talking to?

Seeger:         Yeah.  Sending pictures and all this other stuff.  I didn't even ask for pictures.  She had this guy she was seeing in real life and she went and they had sex for the first time and then she comes home and she sends me pictures of her and I didn't even ask and I'm like this person's kind of crazy.  I got really mad because she's telling me like I'm the person that kept her from killing herself and all this stuff, you know, and you start to feel like you're making a difference so I tried everything I could do to make up for mistakes in the past and pain we caused each other, it was all just lies.  So now I'm just like you know whatever, I don't care.

Trooper:        Did you keep the pictures from when she was under the age of 18?

Seeger:         No.  I even told her, I told her I deleted all that stuff years ago.

Trooper:        So you don't have any trace of it all.

Seeger:         I don't have any of that stuff years ago.  I don't have any of that stuff.  When I found

2

out what age she was I believed her, she looked older, you should see my wife, my wife looks like she's 20 and she's 36.  And I deleted all those and the only pictures I might still have are stuff from when she was 22.  I didn't know.

Trooper:       So all you currently have is some recent stuff?

Seeger:        Yeah.

Tropper:       I'll be honest, I have a search warrant to take all the electronics and anything you can store electronic pictures on.  It's coming with me today, I'm going to have my lab look through it.

Seeger:        Well that's difficult for me because I work...

Trooper:       I get that, but when it comes to stuff like this, it's alleging child pornography and stuff like that...

Seeger:        Wait, wait a minute now.  I didn't make any pictures or anything like that.

Troo[per:      You don't have to make the pictures, if she sent you stuff and she was under the age of 18...

Seeger:        Okay.

Trooper:       any picture at all that you still have, that's a crime in the state of West Virginia.

Seeger:        I sure hope I don't have any then obviously.

Trooper:       Well we're going to find out because again, I'm going to take every single thing that stores any type of electronic media, I'm gonna need your phone as well.

Seeger:        Okay.

Trooper:       That's all going to come with me today.

Seeger:        Do you know when we'll get it back?

Trooper:       No, I do not.

Seeger:        How am I supposed to do my job?

Trooper:       That's not necessarily my concern.

Seeger:        Well that doesn't really seem fair does it?  Can I see the warrant?  If you don't mind.

3

|            | Not that I don't trust you. |
|------------|-----------------------------|
| Trooper:   | That's fine.  You have your own copy of the warrant. |
| Troolper:  | You said, you sure hope you don't have any pictures? |
| Seeger:    | Yeah, well I mean you're gonna take... |
| Trooper:   | If you did have (unintelligible) |
| Trooper:   | If you can tell me what exactly what the pictures would be on, I'll take a look.  I'll be honest with you, I'll take a look.  If you're just like, they may be on my phone, they may be on this flash drive, they may be on this floppy disk, whatever stored media may be in existence. |
| Seeger:    | I've got an old personal computer that I used to use back in that time.  I have a hard drive that I kept backups on for years, I don't do any of that stuff on my work laptop.  I've only had that laptop since 2018. |
| Trooper:   | The work one? |
| Seeger:    | Yeah, 2018. |
| Trooper:   | Ok, well, we'll see, alright.  Again, this says everything.  Again, I can take everything here. |
| Seeger:    | This is just a little bit embarrassing because you know my brother-in-law's here. |
| Trooper:   | Well again, I understand it's embarrassing. |
| Trooper:   | You wanna have him leave. |
| Trooper:   | You can have him leave. |
| Seeger:    | I could do that I guess. |
| Trooper:   | You can have him sit in his truck there the entire time or you can tell him to leave and come back later. |
| Seeger:    | Would you mind if I just tell him this has something to do with me?  Because I've done interviews before for people for security clearances and stuff. |
| Trooper:   | I don t care what you tell him what it's about.  I'll give you a copy of this and we're |

4

done 'cause I gotta write some stuff on it.  Alright, it's there.

Seeger:      That's fine.  Should I go in and talk to him for a minute?

Trooper:     Yeah, we're gonna go in with you and you'll just say that we're here for _____.  I'll give you this when we're done.

Seeger:      Oh.

Trooper:     'Cause I gotta write more stuff on it.  Anything I take, I have to write down.

Seeger:      I thought you were saying...

Trooper:     I'm saying there is a warrant, it's signed by a Judge.  I can show you that much.  You'll get your copy.

Seeger:      Alright.

Trooper:     I'm gonna leave my shoes on.  I hope you don't mind.

Seeger:      Well, I do mind, but if that's what you have to do.

Trooper:     They're a bit hard to take off.

Trooper:     This is a nice place you got here.

Seeger:      Oh thank you.

Trooper:     Is that thing loaded?

Seeger:      I'm sorry.

Trooper:     Is that loaded?

Seeger:      Yeah.

Trooper:     I'm just gonna take the clips out of it.

Seeger:      (Unintelligible).  That there's some boxes, we had some

Trooper:     I'm just taking the magazine out.  I just do this for safety, alright.

Seeger:      Yes.

Trooper walks upstairs with him.  Trooper Nicholson goes up a few minutes later.

Trooper:        I said no, come out.

Seeger:         How am I supposed to find you the...

Trooper:        Stand right here.

Trooper:        It's our job to find it.  We have a warrant.  We're letting you stand here as a courtesy.
                I could shove you in my car right now, in cuffs, alright.  So let us do our job
Seeger:         Sure.

Trooper:        Or we're gonna arrest you for obstructing 'cause that's what you're doing.

Seeger:         Go ahead and search.

Trooper:        He said don't touch anything.

Seeger:         Alright.

Trooper:        What's in that drawer?

Seeger:         You can look.

Trooper:        Is there something in that drawer that's...

Seeger:         I'm just trying to remember where I had these old drives.

Trooper:        Okay.  'Cause you're awful concerned about what's in that drawer.

Seeger:         Well go ahead and look.

Trooper:        Well I mean, I'm gonna look.

Seeger:         I just don't think there's anything in there.

Trooper:        Is there a chair you can sit on?

Seeger:         No, I can sit right here.  I'm just trying to find those drives I told you about, that's all.
                I don't want to lose my livelihood, you know.  I gotta do my work.

Trooper:        We're not here to (unintelligible).

6

| | |
|---|---|
| Seeger: | I know.  I guess I'm a little bit confused because I talked to that guy in Texas and he told me not to do that and I don't know what else happened. |
| Trooper: | Told you not to do what? |
| Seeger: | Send anything of her. |
| Trooper: | Well, the problem is, having them in the first place. |
| Seeger: | Right, no I understand that. |
| Trooper: | What happens in Texas doesn't affect what happens in West Virginia. |
| Seeger: | Sure. |
| Trooper: | Alright. |
| Seeger: | You're gonna take my phone (unintelligble).  If you take my phone how am I gonna take work calls and stuff? |
| Trooper: | When you buy a phone, let 'em know that you're either getting a new number or something like that, alright. |
| Seeger: | I just got a new phone, traded it in. |
| Trooper: | What drives are you talking about, you were going to get? |
| Seeger: | There's a couple |
| Trooper: | Stay seated, stay seated. |
| Trooper: | Just tell me, just talk to me. |
| Seeger: | There's a couple, blue drive and there's a black drive. |
| Trooper: | These? |
| Seeger: | Yeah.  Yeah, you got it. |
| Trooper: | What's on this? |
| Seeger: | Just old files from years ago.  I'm trying to think of anything that's in that contract, y ou know what I mean? |

7

Trooper:        So, possible pictures?

Seeger:         It's possible, I don't think so.  If that music's bothering you.

Trooper:        It's fine.  You build your own computers?

Seeger:         No sir, I don't (unintelligible).  I used to when I was like 20, 21, be like the computer games, you know what I mean.

Trooper:        Mm hmm.

Seeger:         I don't do that stuff anymore.

Trooper:        Who's old phone's this?

Seeger:         I'm sorry, say that again.

Trooper:        Who's old phone's this?

Seeger:         That's mine.

Trooper:        (Unintelligible)

Seeger:         I'd have to see which one it is. Could you show it to me please

Trooper:        (Unintelligible)

Seeger:         Can I get up?

Trooper:        (Unintelligible)

Seeger:         That would have been probably 2013.  Yeah I was looking for that blue one, that's all I was trying to get to.  I really don't have anything to hide from you guys.

Trooper:        Okay.

Trooper:        This for work or?

Seeger:         Yes, but that hasn't been used in forever.

Trooper:        How long is forever?

Seeger:         I don't know.  You wanna take it, I don't know what is even on it.  You got some

8

kind of training or something to like recognize, because that's interesting, a lot of people don't even know what those compact flash drives are.

Trooper:    I spent 5 years in the Marine Corp fixing computers so I know a lot about technology.

Seeger:     Really, aw, that's cool.  Can you tell me about what you did?

Trooper:     Fixing computers, hardware stuff mainly.

Seeger:     Is that like domestic support kinda?  My dad was in the Marines, he was a Captain. He flew Phantoms for the Marine Corp.

Trooper:    I never did anything that cool.

Seeger:     It was pretty cool.  Believe me I heard about it a lot growing up.  You know.  I'm sure you can imagine right.

Trooper:    Yeah. Is this work related?

Seeger:     Yeah.  Those are all, everything in that brown bag, that's my work bag.  So it's all work related stuff.

Trooper:    Alright.

Troooper:   Where's your handgun at right now?

Seeger:     Down on that blue table in front of the door.  That's where I, that's the one I carry. And then I have one (Unintelligible).  There's a shotgun.  (unintelligible).  I think there's an SKS in that bag belonged to a friend of mine, that passed away.

Trooper:    You want to check for us?  These like work external hard drives or are they..

Seeger:     Yeah, that's the backup for my work

Trooper:    Which one is your work computer, this one?

Seeger:     Yes sir.

Trooper:    If it comes back that there's anything stored on that work computer, we're gonna have a whole lot of problems.  Just so you're aware.

Seeger:     Which computer?

9

Trooper:          On your work computer.  'Cause that's just a weird thing to use your work computer for.  You store anything on that Vita?

Seeger:           I don't know.

Trooper:          A lot of it you can still store stuff on.

Seeger:           I don't, but (unintelligible).  I haven't played it in a while.  There's a game I've been working on slowly over the years I want to try my luck with.

Trooper:          Where's your old computer.

Seeger:           (Unintelligible) right there

Trooper:          Right here?

Seeger:           Yeah. Next year (unintelligible).

Trooper:          (Unintelligible)

Seeger:           I owe my taxes from last year, I still gotta go through the folder (unintelligible).  I put my 2020 in a folder and got my 2021's out.

Trooper:          (Unintelligible)

Trooper's cam:        Sending body word down in 60 seconds, body word down cancelled.

Seeger:           What does that mean?

Trooper:          Hmmm?

Seeger:           (Unintelligible)

Trooper:          It's just my body camera, you're fine.

Seeger:           That's the doorbell motion.

Trooper:          Someone outside or something?

Seeger:           Yeah but I think (unintelligible) falling leave season.

Trooper's cam:        Sending body word down in 60 seconds, Sending body word down in 55 seconds, body word down cancelled.

10

Seeger:          (Unintelligible).  Is that my old one?  I hope it turns on.

Trooper:         Ah, we'll figure it out.

Seeger:          Guy used to work for NASA (unintelligble)

Trooper:         I guess there's worse things to do.

Seeger:          I tried to be a good husband and do a good job (unintelligble).

Trooper:         A lot of times you just gotta worry about making yourself happy.

Seeger:          Well yeah. (Unintelligible).  You ever figure it out?

Trooper:         Eh, not really.

Trooper cam:     Sending body word down in 60 seconds, body word down cancelled.  Sending body
                 word down in 55 seconds, sending body word down in 50 seconds, sending body
                 word down in 45 seconds, body word down cancelled.  Make myself happy, make
                 other people miserable, whatever (unintelligible).

Seeger:          (Unintelligible)

Trooper:         Yeah, that's uh that S21?

Seeger:          Yeah.

Trooper:         You have any other old phones?

Seeger:          Uh, I may have one. (Unintelligble)

Trooper:         Just stay seated.

Seeger:          (Unintelligible)

Trooper:         (Unintelligble)

Seeger:          I think if you look in the closet there, see those closet doors?

Trooper:         Uh huh.

Seeger:          I think on the left side on the top, there's an old HTC in there, I think.

Trooper:       Alright.  It's black in color?

Seeger:        (Unintelligible)

Trooper:       Yeah.  (Unintelligible)

Seeger:        I just want to know when I'll get my phone?

Trooper:       You'll get your phone back, I just can't tell you when and the reason why is on how backed up our lab is.  Like I don't go through these myself they go to a lab in Morgantown and they go through them.  They're professionals, it's what they get paid to do.  They know a bit more about what to do.  I will say if you have any password on your phone if you give it to me, it greatly increases the odds of something not bad happening to your phone.  Just in a sense if they have to like break into it, in the sense of like a grave key or something, I know they use grave keeper, Apples, whatever they use for Samsungs and stuff like, if they have to get into that way

Seeger:        Uh huh.

Trooper:       there's been occasions where the phone doesn't necessarily come, it'll be in one piece, but will it work, I don't know.

Seeger:        I don't mind giving you my password.

Trooper:       Alright.  I'll write it down here in a couple minutes.

Seeger:        (Unintelligible)

Trooper:       Hey, hey, if it's that and their recent, and their prior to her being 18, that's fine

Seeger:        Oh yeah, we didn't talk until about (Unintelligible) when I talked to her (Unintelligible) when I found out, I'm like nope I'm not doing it.  But I'm worried about, what would be on the phone (Unintelligible), I try my best (Unintelligible), you know what I mean?

Trooper:       Yeah.

Seeger:        (Unintelligible) manipulation

Trooper:       Well, if all that's on your phone and there's evidence to that, on your phone like the messages are there, you know what, the next conversation we'll be having, is returning your stuff.

12

| | |
|---|---|
| Seeger: | Can I get a business card from you, so I can |
| Trooper: | I can give you one. |
| Seeger: | I appreciate it. |
| Trooper: | I don't have any on me but I got some in my car. |
| Seeger: | (Unintelligible).  That (Unintelligible) |
| Trooper: | Alright. |
| Seeger: | Can you like help me understand (Unintelligible) |
| Trooper: | Well, when we get people telling us that they might have child porn, in the state of West Virginia, that's all we need to execute a search warrant, so if it comes back that you don't have anything that raises red flags. |
| Seeger: | Well you have a warrant anyways, so I don't know what prompted the (Unintelligible) |
| Trooper: | Like I told ya, whenever we get people telling us that |
| Seeger: | Oh, someone told you? (Unintelligible) |
| Trooper: | so and so has child porn and there's enough there to corroborate it, essentially what they tell us |
| Seeger: | So she actually told someone that I have (Unintelligible) |
| Troooper: | Is this the S21+ or just 21? |
| Seeger: | It's the Ultra |
| Trooper: | Ultra |
| Seeger: | I had a 20, and they made such a good (Unintelligible) |
| Trooper: | Yeah |
| Seeger: | I was like alright, I got my wife (Unintelligible).  There were two, man I'm just trying to be honest with you |

13

| | |
|---|---|
| Trooper: | Honesty goes a long way. |
| Seeger: | (Unintelligible), it's the only ones I have. |
| Trooper: | Other than the ones you have for work? |
| Seeger: | Yeah, all for personal reasons. |
| Trooper: | Alright.  We have the other one, the big old one looking like 2 terabyte over here or larger. |
| Seeger: | That's my work back up. (Unintelligible) |
| Trooper: | Again, if there's nothing here, there's nothing here. |
| Seeger: | I really don't think there is, I don't see (Unintelligible).  I haven't even thought about that stuff (Unintelligible), you know what I mean, thought about that stuff in a year |
| Trooper: | Uh huh. |
| Seeger: | I honestly haven't |
| Trooper: | Just you and your wife live here? |
| Seeger: | Yeah. |
| Trooper: | No kids? |
| Seeger: | No, that's why I was struggling with so hard, marriage, she stayed on birth control, she wanted to be a doctor, now she's in dental school, she's gonna be 39 when she graduates, depression about not having kids (Unintelligible), so hard. |
| Trooper: | That's what you got chickens for |
| Seeger: | Haha yeah.. |
| Trooper: | Trust me, they're about the same level of maintenance. |
| Seeger: | Yeah, but I mean I don't want to fertilize those animals. |
| Trooper: | I hope not, that's an even bigger crime. |
| Seeger: | Laughs...Couple years, she and I (Unintelligible) |

14

Trooper:        Who you and your wife?

Seeger:         Yeah.  (Unintelligible due to paper rustling)

Trooper:        Where's he from?

Seeger:         You know where Teyes Valley is?

Trooper:        Yeah.

Seeger:         (Unintelligible)

Trooper:        You don't have anything else in these drawers or anything?

Seeger:         I really don't think so, there might be a couple (Unintelligible)

Trooper:        Yeah.  If you did hide it where'd you put it?

Seeger:         Laughs, that's a good question.   (Unintelligible) where would I want to hide
                something if I ever wanted to, like maybe I should put a safe somewhere.

Trooper:        What's this tower connected to?

Seeger:         That's actually, that belongs to British Aerospace System.  It's a motherboard, and
                then it's actually a power pc  (Unintelligible) that's used for the development of
                NASA flight software.  I'm helping out with some of the 64 bit multiport stuff.  And
                that little box down there, it's got a couple of engineering units for flight that belongs
                to (Unintelligible) CA (Unintelligible)

Trooper:        Yeah, there's some laptops.  Who's bedroom is this over here?

Seeger:         That is, my wife and I sleep in different rooms, that's her personal laptop, this other
                one, the MacBook (Unintelligible)

Trooper:        Who's Acer laptop?

Seeger:         That's hers.

Trooper:        Okay.  Who's Samsung (Unintelligible)

Seeger:         Is that the S5?

Trooper:        You coming in here?

15

Trooper:      Yeah

Seeger:       There's laptop, laptop, cell phone, that's all hers.

Seeger:       That's hers, that's her school stuff.  I mean she'll be home at 8 if you want to ask her.

Trooper:      I mean, I can see that's hers there, I just don't know

Trooper:      You said you had, did you trade in that old Samsung phone you were telling me about?

Seeger:       yeah.

Trooper:      You don't have that one anymore?

Seeger:       No, I wish I did (Unintelligible) I could use this, but unfortunately it won't hold a charge

Trooper:      It won't hold a charge?

Seeger:       Yeah.

Trooper:      I'd say run to (Unintelligible)

Trooper:      (Unintelligible due to being in another room) ...I'm not being rude to you, I'm just telling you the truth.

Trooper:      You have another pen on you?  You have another pen on you?

Trooper:      Do you remember what the password to that MacBook is?

Seeger:       No, but 'cause I haven't used it in years.  I don't even know if it works to be brutally honest with you, I'd love to know, did you, but they probably have to charge it.  I mean its from 2006.  I haven't used it since probably

Troopoer:     They may or may not.

Seeger:       I got it now.  66691.

Trroper:      66691?

Seeger:       Yeah.  But actually if you think about it, you can hold it in your right hand you can hit everything and reach out for the one unless I'm left handed then you're like h im,

16

then switch. But I can tell you though that MacBook is not encrypted so even though you don't have a password, it don't matter, they can get to the drive. That's honestly the one I'm most worried about because I haven't touched the thing in years. I can't honestly remember (Unintelligible) Oh but you know what though? (Unintelligible)

Trooper:     Are there computers downstairs when we come in the door to the right, that little room?

Seeger:      That's just a monitor on the desk.

Trooper:     Well is there a laptop there too?

Seeger:      No, there's nothing there.

Trooper:     There's no laptop there?

Seeger:      You're more than welcome to wade through the mine field, so you can look.

Trooper:     Okay.

Seeger:      Monitors on her desk and monitors (Unintelligible). What I was looking in those drawers for was those blue and white drives. I mean that's all I was trying to do.

Trooper:     Well you've been honest with us for the most part as far as I can tell.

Seeger:      I got nothing to hide. (Unintelligible) years ago. We all pay for our mistakes some day.

Trooper:     Again, if there's nothing on it, there's nothing on it, it won't be an issue.

Seeger:      I'm here every day all day. I'd say you have my phone number. I can give you my home number.

Trooper:     I'm just writing it all down.

Seeger:      I don't think there's anything on there

Trooper:     To be concerned with?

Seeger:      Yeah, no, I don't mean for you guys looking through it, I mean for writing things down(Unintelligible)

Trooper:     Oh, okay.

17

Seeger:        (Unintelligible)

Troooper:      Well, I'll tell you this, if we leave, I give the phone to my lab, I'm just being honest with you, I get the phone to the lab and they tell me it's been wiped remotely

Seeger:        I don't even know how, as smart as I am with computers, I never looked (Unintelligible) I have nothing to hide. I will assure you.  I understand what you're saying

Trooper:       it's gonna look pretty darn incriminating if the phone's wiped before they get a chance to look at it

Seeger:        Officer listen, I'd rather just clear this up and be thankful (Unintelligible) I just want this over and done with.

Trooper:       I'm just gonna put this in airplane mode, alright.

Seeger:        Yeah, that's fine. I think you have to hit enter.

Trooper:       Oh alright.

Seeger:        Yeah, there you go.  You're not gonna shut it down?

Trooper:       Hmmm.

Seeger:        You're not gonna shut it down?

Trooper:       They prefer us to leave them on.

Seeger:        I was just thinking if there was a way to wipe it remotely surely shutting it down would prevent that

Trooper:       It does, well yes and no.  'Cause if you turn it back on it'll hit.  If its on airplane mode you can't send signals to it.

Seeger:        I honestly never looked into that. The only thing I've looked into was one of those things like if someone steals your phone then you can try and find it.

Trooper:       Alright, you mind stepping over here.  Alright so there's nothing else inside that we need to take.

Seeger:        No.

18

Trooper:        Don't make me regret not taking all the rest of it.

Seeger:         I really appreciate you letting me do my work.

Trooper:        You've been honest with us.  You're not giving me a hard time or anything.  I just
                need you to sign next to the x on all three of those.

Seeger:         I just appreciate for you know what I'm alleged of and that I was lied to by Kaitlyn
                and appreciate you treating me so nicely because I told you I have a lot of regret and
                guilt over this.  I need to sign in three places?

Trooper:        I've got no reason to treat you bad.  Yep.  It's the same form we just gotta do
                triplicate.  One's for me, one's for the Court, and one's for you.

Seeger:         This is wonderful.  I guess the next time I try to get a security clearance this'll come
                up.

Trooper:        Potentially.

Seeger:         When I was 25, I think, I met this girl online, had one phone call, just totally innocent
                and then a woman came on the phone and apparently this girl wasn't 23, she was 13
                and she said don't lie, I said ok, next thing I know, 4 or 5 years later I got my security
                clearance check, cause she called, and then they talked to me and she said yeah
                you're fine, just watch who you talk to.  But that showed up on my security clearance

Trooper:        You know how (inaudible)

Seeger:         Don't talk to...

Trooper:        Don't talk to women you don't know. (Unintelligible)

Seeger:         Yeah.  Well that was just one phone call.

Trooper:        Yep.  It's the same form we just gotta do triplicate.  One's for me, one's for the
                Court, and one's for you.

Seeger:         Well but that was just one phone call. Years and years and years ago.

Trooper:        Yeah, but it doesn't matter.

Seeger:         I hear what you're saying.

Trooper:        I'd stay off the apps, I'd stay off the internet.

Seeger:     I don't think, you're not gonna find I don't have KIK, Snapchat, I don't have any of that.

Trooper:    Alright, well again, if it's not there, it's not there.

Seeger:     I appreciate your professionalism and your advice and everything.

Trooper:    You don't store anything in your other garage do you?

Seeger:     No, just my meth lab.  You're more than welcome to look.  I don't have anything to hide.  If you'd like to take a look.  I'd love to show off my tractor to ya if you want to see it.

Trooper:    I think you might be more into the tractor than I am.

Seeger:     Oh really?  How you gonna be in West Virginia and not like heavy equipment.  Maybe this will give me some closure on some of all this guilt I had.  I've been looking for something to get this off my back.  You know how she got 15 grand again, we only met in person.  Because when she told me what her age was, we had a kind of (unintelligible due to trooper opening bag) completely fake which in retrospect, she told me (unintelligible), and we talk off and on and I met her (Unintelligible when talking to other trooper - Nicholson walks back over to Seeger) ...Just wanted to see how you were doing and just thought maybe we could find some closure for each other and so we talked for like three weeks, I just felt sad because like I thought, that's where the guilt came from but there was still this whole thing where I just felt like I was responsible for ruining her life and everything because of her age which I didn't know about.  So when she told me what her actual age was, she was 16, which was age of consent in West Virginia, I know not for the pictures of course, but for you know dating, talking, whatever and I should have just said no because you lied to me and

Trooper:    You're married man.

Seeger:     Well I know, when I met her so my wife and I filed for divorce in Marion County where we lived at the time, and then we separated, so my wife lived in Morgantown and I lived at the house in Worthington because she was going to grad school at WVU and then we decided, let's see if we can make things work, so I go over to her townhouse often and we went to Myrtle Beach, I took her to Myrtle Beach.  And I thought okay, this is our chance to start over and all she did was treat me like complete and utter garbage, like it was horrible. And I had got on KIK back then and then I met Kate.  And we talked some and I didn't tell her I was married but I had filed for divorce so in my mind was like, well this is over what's the problem in meeting somebody, this person's 19 years old, in college, wants to talk to me all the

time and I'm like, this is kind of nice. And I was what, 35, and yeah it was all just lies.

Trooper:     Alright man. If anything else comes up or whatever, it's just best to get ahold of me. Let me know.

Seeger:     If I think of something you guys should take or whatever

Trooper:     Yeah, if you want to come down and voluntarily give it up you can do that.

Seeger:     Honestly. You know what my only concern is, so when all that happened I mentioned when I talked to the other person they actually took that laptop. Come to think of it, I've had that laptop since 2006, so they took that laptop and they took

Trooper:     Which one this MacBook

Seeger:     Yeah, they took the MacBook. Yeah I'm pointing up there, but it's there. They took the MacBook and they took a hard drive and they said yeah we looked through your stuff and there's nothing on there but I never got the hard drive back. I never got it back.

Trooper:     You'll get this stuff back. Alright.

Seeger:     I know this, I wish we could have met under better circumstances but thanks for your kindness and professionalism.

Trooper:     I've got no reason to not be professional, alright. You have a good day.

Seeger:     You know when I might hear from anyone about, he said it might take two weeks does that sound fair?

Trooper:     I'd give it about a month, month and a half. We have three people working in our lab and they do all the electronics for the northern half of the state.

Seeger:     If I buy, if I get another phone I'll have to get a SIM card which will knock that SIM card off, that's no problem?

Trooper:     That's okay, the SIM card doesn't store anything so that's alright.