IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                                  Criminal Action No. 1:24-CR-42

STEVEN DAVID SEEGER,

       Defendant.

### UNOPPOSED UNITED STATES' MOTION FOR VICTIM TO APPEAR VIA VIDEOCONFERENCE

The United States of America and Randolph J. Bernard, Acting United States Attorney for the Northern District of West Virginia, by Kimberley D. Crockett, Assistant United States Attorney for said District, requests permission for Victim KD to appear via videoconference for the Sentencing Hearing scheduled on Thursday, September 18, 2025 at 11:00 a.m., inasmuch as the victim is currently unavailable to appear in person as she is in the custody of the State of North Carolina serving a criminal justice sentence on a probation violation.

The Crime Victims' Rights Act (CVRA) affords crime victims the right to "reasonable, accurate, and timely notice of any public court proceeding" involving the crime, and, importantly, the right "not to be excluded from any such public court proceeding" unless the Court finds, by clear and convincing evidence, that "testimony by the victim would be materially altered if the victim heard other testimony at that proceeding." Title 18, United States Code, Sections 3771(a)(2), (a)(3). Victims also have the right "to be reasonably heard at any public proceeding" involving "release, plea, sentencing, or any parole proceeding." 18 U.S.C. § 3771(a)(4).

Section 3771(b)(1) requires courts to "ensure that the crime victim is afforded the rights described in [the CVRA]." Courts are directed to make "**every effort to permit the fullest**

1

**attendance possible by the victim**" and must "consider reasonable alternatives to the exclusion of the victim from the criminal proceeding." *Id.,* (Emphasis added.) The Court's reasons for denying a victim her rights under the CVRA must be "clearly stated on the record." *Id.*

In the instant case, while Victim K.D. is not a victim of any count of conviction, by agreed stipulation in the executed plea agreement between the parties, she is considered a "victim" with all the rights afforded under the CVRA, including right to notice, right to be heard, and right to restitution. Counsel for Mr. Seeger had no objection.

Accordingly, the United States requests permission for the Victim K.D. to appear via videoconference for the Sentencing Hearing scheduled in this matter.

    Respectfully submitted,

    RANDOLPH J. BERNARD
    ACTING UNITED STATES ATTORNEY

By:   /s/Kimberley Crockett
       Kimberley Crockett (WVSB 9335)
       Assistant United States Attorney
       217 W. King Street
       Martinsburg, WV 25401
       (304) 262-0590

## CERTIFICATE OF SERVICE

I, Kimberley Crockett, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that on September 16, 2025, I served a true copy of the foregoing Unopposed United States' Motion for Victim to Appear Via Videoconference, with the Clerk of the Court using the CM/ECF system, which will send notification to defense counsel.

    RANDOLPH J. BERNARD
    ACTING UNITED STATES ATTORNEY

By:   /s/Kimberley Crockett
       Kimberley Crockett (WVSB 9335)
       Assistant United States Attorney
       217 W. King Street
       Martinsburg, WV 25401
       (304) 262-0590