IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.                                       Criminal No. 1:24-CR-00042

**STEVEN DAVID SEEGER,**

        **Defendant.**

### GOVERNMENT'S MOTION FOR FINAL ORDER OF FORFEITURE

The United States requests the entry of a Final Order of Forfeiture under Rule 32.2(c)(2), F.R.Cr.P. In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(A), the United States posted notice of the Preliminary Order of Forfeiture (Doc. 158) on an official government internet site for at least 30 consecutive days, beginning on May 28, 2025, and ending on June 26, 2025, as reflected in the Declaration of Publication attached hereto as <u>Exhibit A</u> and fully incorporated herein.

The Preliminary Order of Forfeiture (Doc. 158) became final as to the defendant when he was sentenced in this case. No one asserting an interest in the subject property has petitioned the Court for a hearing to adjudicate the validity of the asserted property interest, and the time to do so has expired.

Accordingly, the forfeiture of the subject property may now be deemed final as to the defendant and to any third-party to this criminal action. A proposed Order is submitted herewith.

                                            Respectfully submitted,

                                            Randolph J. Bernard
                                            Acting United States Attorney

By:   /s/ Morgan S. McKee
       Morgan S. McKee (WV Bar No. 12669)
       Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September 2025, I have electronically filed the attached document with the Clerk of the Court using the CM/ECF system, which will send notification to counsel of record.

                                                Randolph J. Bernard
                                                Acting United States Attorney

By:    /s/ Morgan S. McKee
           Morgan S. McKee
           WV Bar No. 12669
           Assistant United States Attorney
           United States Attorney's Office
           1225 Chapline Street, Suite 3000
           Wheeling, WV 26003
           Phone: (304) 234-0100
           morgan.mckee@usdoj.gov