IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.                                                                                      Criminal No. 1:24-CR-00042

**STEVEN DAVID SEEGER,**

        **Defendant.**

## FINAL ORDER OF FORFEITURE

Based on the following findings, the motion of the United States for entry of a Final Order of Forfeiture under Rule 32.2(c)(2), F.R.Cr.P. with respect to the below described property is **GRANTED**.

1. The Preliminary Order of Forfeiture, entered in this case on May 23, 2025 includes the following property:

    - Miscellaneous Electronic Equipment from 310 Hilltop Dr., Bruceton Mills, WV 26525 [CATS ID: 21-FBI-011940], including: Blue WD My Passport Ultra, S/N: WX1 1A64AHRR7; Black WD My Passport, S/N: WX91A92N2294; 16 GB Sandisk Ultra; Black LG Nexus Model # LG-E960 cellular phone; Samsung S21 Ultra cellular phone in Blue Otterbox; and Silver Apple Macbook, S/N: W8645OCGWOM.

2. The Preliminary Order of Forfeiture became final as to the defendant when he was sentenced in this case.

3. Pursuant to Rule 32.2(b)(6)(A), the United States published notice of the forfeiture order on the government's official internet forfeiture website for 30 consecutive days, commencing on May 28, 2025 and ending on June 26, 2025.

4. The deadline for filing a petition by any person asserting an interest in property

specified in the Preliminary Order of Forfeiture is 30 days after the earlier of the date of the final publication of the Notice of Forfeiture and the date of the receipt of any written notice of the forfeiture directed to the petitioner by the government. 21 U.S.C. § 853(n)(2).

5. No one asserting an interest in the subject property has petitioned the Court for a hearing to adjudicate the validity of an asserted property interest.

Accordingly, it is **ORDERED** that the forfeiture of the subject property is **FINAL** as to the defendant and any third-party to this criminal action. It is **FURTHER ORDERED** that the United States has clear title to said property, and no right, title, or interest shall exist in any other party. The United States is directed to dispose of the subject property in accordance with law.

**SO ORDERED.**

**DATED**: _____

_____
THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE