IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES

v.　　　　　　　　　　　　　　　　　　　　　CRIMINAL NO. 1:24-CR-42

STEPHEN DAVID SEEGER

## NOTICE OF APPEAL

Now comes Stephen David Seeger, by his attorneys, Thomas Dyer, Esq., and Dyer Law Offices, and Martin P. Sheehan, Esq., and Sheehan & Associates, PLLC, and files this Notice of Appeal.

Mr. Seeger was sentenced on September 18, 2025.

Entry of a Judgment and Commitment Order was entered on September 23, 2025 at Doc 183.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

s/ *Thomas G. Dyer*　　　　　　　　　　　　s/ *Martin P. Sheehan*
Thomas G. Dyer, Esq.　　　　　　　　　　　Martin P. Sheehan, Esq.
W.Va. Bar No. 4579　　　　　　　　　　　　W.Va. Bar No. 4812
Dyer Law　　　　　　　　　　　　　　　　Sheehan & Associates, PLLC
P.O. Box 1332　　　　　　　　　　　　　　1140 Main St., Suite 333
Clarksburg, WV 26302　　　　　　　　　　Wheeling, WV 26003
(304) 622-1635　　　　　　　　　　　　　(304) 232-1064
(304) 622-1870 fax　　　　　　　　　　　(304)232-1066 fax
dyerlawof@aol.com　　　　　　　　　　　Martin@MSheehanLaw.net
　　　　　　　　　　　　　　　　　　　　Paralegal@MSheehanLaw.net

## CERTIFICATE OF SERVICE

I, Martin P. Sheehan, did file this document with the Clerk of the District Court for the Northern District of West Virginia on this 24th day of September 2025 via CM/ECF. That caused service to be made on Assistant United States Attorneys Andrew R. Cogar, Kimberley D. Crockett and Morgan McKee, at their e-mail addresses of record.

s/ *Martin P. Sheehan*
Martin P. Sheehan, Esq.

SHEEHAN & ASSOCIATES, PLLC
1140 Main St., Suite 333
Wheeling, WV 26003
(304) 232-1064
(304)232-1066 fax
Martin@MSheehanLaw.net
Paralegal@MSheehanLaw.net