## APPEAL TRANSMITTAL SHEET (non-death penalty)

**Transmittal to 4CCA of notice of appeal filed:** 09/24/25

- [✓] First NOA in Case
- [ ] Subsequent NOA-same party
- [ ] Subsequent NOA-new party
- [ ] Subsequent NOA-cross appeal
- [ ] Paper ROA  [ ] Paper Supp.
- Vols: ___
- Other: ___

**District:** Northern District of West Virginia

**Division:** Clarksburg

**Caption:**
United States of America
v.
Steven David Seeger

**District Case No.:** 1:24-cr-42

**4CCA No(s). for any prior NOA:**

**4CCA Case Manager:**

**Exceptional Circumstances:** ___ Bail  ___ Interlocutory  ___ Recalcitrant Witness  ___ Other ___

**Confinement-Criminal Case:**
- [ ] Death row-use DP Transmittal
- [ ] Recalcitrant witness
- [✓] In custody
- [ ] On bond
- [ ] On probation

**Defendant Address-Criminal Case:**
Monroe County Correctional Facility
47129 Moore Ridge Road
Woodsfield, Ohio  43793-9051

**District Judge:** Thomas S. Kleeh

**Court Reporter** (list all): Rachel Kocher

**Coordinator:** Kim White

**Fee Status:**
- [ ] No fee required (USA appeal)
- [✓] Appeal fees paid in full
- [ ] Fee not paid

**If the fee has not been paid, please check one of the following:**

**Criminal Cases:**
- [ ] Defendant proceeded under CJA in district court.
- [✓] Defendant did not proceed under CJA in district court.

**Civil, Habeas & 2255 Cases:**
- [ ] Court granted & did not revoke IFP status (continues on appeal)
- [ ] Court granted IFP & later revoked status (must pay fee or apply to 4CCA)
- [ ] Court never granted IFP status (must pay fee or apply to 4CCA)

**PLRA Cases:**
- [ ] Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)
- [ ] Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**Sealed Status** (check all that apply):
- [✓] Portions of record under seal
- [ ] Entire record under seal
- [ ] Party names under seal
- [ ] Docket under seal

**Record Status for Pro Se Appeals** (check any applicable):
- [ ] Assembled electronic record available upon request
- [ ] Additional sealed record available upon request
- [ ] Paper record or supplement available upon request
- [ ] No in-court hearings held
- [ ] In-court hearings held – all transcript on file
- [ ] In-court hearings held – all transcript not on file
- [ ] Other:

**Record Status for Counseled Appeals** (check any applicable):
- [✓] Assembled electronic record available upon request
- [ ] Additional sealed record available upon request
- [ ] Paper record or supplement available upon request
- [ ] No in-court hearings held
- [ ] In-court hearings held – all transcript on file
- [✓] In-court hearings held – all transcript not on file
- [ ] Other:

**Deputy Clerk:** D. Kinsey    **Phone:** 304-622-8513    **Date:** 09/25/25

10/01/2024 LDJ/CD