FILED
OCT 2 8 2025
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | C/A: 1:24-cr-42-1 |
| vs. ) | |
| ) | |
| STEVEN SEEGER, ) | |
| Defendant. ) | |

# MOTION TO GRANT APPELLATE COUNSEL
# ACCESS TO UNREDACTED TRANSCRIPTS

Undersigned counsel respectfully asks this Court to enter an order granting her access to an unredacted copy of the plea hearing transcript and sentencing transcript. The plea hearing was held on May 13, 2025, and the sentencing hearing was held on Sept. 18, 2025. Counsel has been retained by Mr. Seeger in his direct appeal and believes access to these transcripts is necessary to perform a thorough job of searching for and developing potentially meritorious legal claims. Counsel has filed her Notice of Appearance in the Fourth Circuit Court of Appeals for case 25-4526. Counsel will not release the transcripts to any other parties and will, if necessary, file the transcripts in the Sealed portion of the Joint Appendix if it is relevant to any of the claims raised in the brief. She is also aware of her duty to redact personal identifying information in any public filings.

1

Counsel also requests access to all government or defense *ex parte* exhibits for purposes of perfecting her client's appellate brief.

## CONCLUSION

Counsel respectfully requests the Court order that appellate counsel be allowed access to the unredacted transcripts and all government or *ex parte* exhibits for purposes of developing Mr. Seeger's case for appellate review.

Respectfully submitted,

/s/ Elizabeth Franklin-Best
Elizabeth Franklin-Best, P.C.
3710 Landmark Drive, Suite 113
Columbia, South Carolina 29204
(803) 445-1333
Elizabeth@franklinbestlaw.com

October 24, 2025