

# ELIZABETH FRANKLIN-Best

APPELLATE AND FEDERAL CRIMINAL LAW

October 24, 2025

US District Court
Northern District of West Virginia (Clarksburg)
Clerk of Court
500 West Pike Street, Room 301
Clarksburg, WV 26301

Dear Clerk of Court,

    Enclosed is a Motion to Grant Appellate Counsel Access to Unredacted Transcripts for USA v. Steven Seeger, 1:24-cr-42-1. Attorney Elizabeth Franklin-Best is retained counsel for the direct appeal in the Fourth Circuit Court of Appeals. However, she is not licensed in your District to file this motion electronically. Please accept this motion for filing. Let me know if you have any questions or need additional information. Thank you.

                                    Sincerely,

                                    LaDonna Falvey
                                    Paralegal/Firm Administrator
                                    Elizabeth Franklin-Best, P.C.
                                    (803) 445-1333
                                    ladonna@franklinbestlaw.com