**ELIZABETH FRANKLIN-Best**

APPELLATE AND FEDERAL CRIMINAL LAW

3710 LANDMARK DRIVE SUITE 113
COLUMBIA, SOUTH CAROLINA 29204

COLUMBIA SC 290

24 OCT 2025 PM 3 L



UNITED STATES
OF AMERICA

FOREVER/USA



RECEIVED
OCT 28 2025
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

US District Court
Northern District of West Virginia - Clarksburg
    Clerk of Court
500 West Pike Street, Room 301
Clarksburg, WV 26301

26301-266400