IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

        **Plaintiff,**

    **v.**                **Crim. Action No.: 1:24-CR-42**
                              **(Judge Kleeh)**

STEVEN DAVID SEEGER,

        **Defendant.**

## ORDER GRANTING MOTION TO OBTAIN SEALED TRANSCRIPTS [ECF NO. 190]

Pending before the Court is Defendant's *Motion to Grant Appellate Counsel Access to Unredacted Transcripts* [ECF No. 190]. This Court finds that good cause and sufficient grounds exist to provide Defendant's appellate counsel with the unredacted transcripts from Defendant's May 13, 2025 plea hearing and September 18, 2025 sentencing hearing.

Accordingly, Defendant's Motion [ECF No. 190] is **GRANTED** and Court Reporter Rachel Kocher is **DIRECTED** to provide a copy of the sealed transcripts to Attorney Elizabeth Franklin-Best.

It is so **ORDERED.**

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record, including appellate counsel, and Court Reporter Rachel Kocher.

**DATED:** October 29, 2025

*Tom S Kleeh*
_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA