IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,
Plaintiff,

v.                                                         Case Number: 1:24CR42
                                                           Redacted

STEVEN DAVID SEEGER,
Defendant,

v.

CAPITAL ONE FINANCIAL CORP,
Garnishee.

## APPLICATION FOR WRIT OF GARNISHMENT

COMES NOW the plaintiff, the United States of America, by Morgan S. McKee, Assistant United States Attorney for the Northern District of West Virginia, and pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. § 3205, requests that the Court issue a Writ of Garnishment directed to the Garnishee identified below. In support of this Application, the United States asserts the following:

1. On September 23, 2025, this Court entered a criminal judgment against the defendant and ordered the defendant to pay a criminal monetary penalty in the amount of $24,975.00, without interest. (Doc No. 183)

2. As of the date of this Application, the defendant has not made any payments toward the judgment.

3. Defendant's Social Security number is (a) ***-**-6844. The defendant's last known address is (b) *** **** ADELANTO, CA 92301. Defendant's account number is (c).

4. The United States has demanded payment of the judgment from the defendant not less than 30 days prior to the date of this Application. A true and accurate copy of the demand is attached to and incorporated into this Application as Government Exhibit 1.

5. Upon information and belief, the following Garnishee is in control or possession of property of the defendant, or property in which the defendants have an interest, including but not limited to, 401-K or other pension distribution(s) owed to the defendant(s) as a beneficiary, pensions, annuities, retirement or profit sharing plans, individual retirement accounts, 401-K accounts, checking accounts, savings accounts, money market accounts, certificates of deposit, mutual funds, stocks, bonds, employee stock ownership plans, or other personal property in the defendant's name which in your custody, control or possession of the defendant or in which the defendant has an ownership interest. Said property is sufficient to satisfy the judgment due the United States, in whole or in part, and is the nonexempt interest of the defendant.

> Capital One Financial Corp
> 1680 Capital One Drive
> McLean, VA 22102-3491

6. Garnishment is a proper remedy under 18 U.S.C. § 3613(A)(1) in that the defendant's nonexempt interest in the property is sufficient to satisfy the judgment due the United States in whole or in part.

7. The United States seeks the sum of $24,975.00 from the defendant's non-exempt personal property, including but not limited to, 401-K or other pension distribution(s) owed to the defendant(s) as a beneficiary, 401K accounts, checking accounts, savings accounts, money market accounts, certificates of deposit, mutual funds, stocks, bonds, employee stock ownership plans, or other personal property in the defendant's name, or in which the defendant has an interest.

WHEREFORE, the United States respectfully requests that the Court direct the Clerk to issue a Writ of Garnishment to the Garnishee, for the reasons set forth herein.

DATED: This 4th day of December, 2025.

                                      Respectfully submitted,

                                      MATTHEW L. HARVEY
                                      UNITED STATES ATTORNEY

By:    *Morgan S. McKee*
        Assistant United States Attorney
        W. Va. Bar # 12669
        United States Attorney's Office
        P. O. Box 591
        1125 Chapline Street, Suite 3000
        Wheeling, WV  26003
        (304) 234-0100
        Morgan.mckee@usdoj.gov