

U. S. DEPARTMENT OF JUSTICE

MATTHEW L. HARVEY
United States Attorney
Northern District of West Virginia

United States Courthouse
1125 Chapline Street, Suite 3000    Phone:   (304) 234-0100
P. O. Box 591
Wheeling, WV  26003

October 14, 2025

Tom Dyer, Esq.
Elizabeth Franklin-Best, Esq.
*Sent Via Email*

RE:   US v. Steven David Seeger
      1:24CR42

Dear Mr. Seeger:

On September 18, 2025 you were sentenced in the United States District Court for the Northern District of West Virginia to pay a criminal monetary penalty in the total amount of $24,975.00.  No payments have been made to date.

The Judgment and Commitment Order entered by the Court provided that the debt is due and payable immediately. You were also ordered to make payments on this obligation during incarceration.  The government is authorized to utilize the Federal Debt Collection Procedures Act to ensure that the criminal monetary penalty obligation is satisfied.

Please consider this letter as our demand for payment of the balance due on this account.

Very truly yours,

Matthew L. Harvey
United States Attorney

By:   *Morgan S. McKee*

Morgan S. McKee
Assistant United States Attorney