IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**v.**                                                                                  Case Number: 1:24CR42
                                                                                        Redacted
**STEVEN DAVID SEEGER,**
**Defendant,**

**v.**

**CAPITAL ONE FINANCIAL CORP,**
**Garnishee.**

## ORDER GRANTING APPLICATION OF THE
## UNITED STATES FOR A WRIT OF GARNISHMENT

The Court has under consideration the Application of the United States for a Writ of Garnishment. The Application, which has been filed pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. § 3205, requests that the Court direct the Clerk to issue the Writ of Garnishment to Fidelity Investments, the Garnishee.

Upon review of the Application of the United States and the exhibits attached thereto, the Court finds that the Application complies with the provisions of 28 U.S.C. § 3205 and, therefore, should be granted. Accordingly, the Clerk of the Court is hereby

ORDERED to issue a Writ of Garnishment to Capital One Financial Corp, as Garnishee, for the purpose of garnishing $24,975.00 of the defendant's non-exempt personal property, including but not limited to, 401-K or other pension distribution(s) owed to the defendant(s) as a beneficiary, 401K accounts, checking accounts, savings accounts, money market accounts, certificates of deposit, mutual funds, stocks, bonds, employee stock ownership plans, or other

personal property in the defendant's name, or property in which the defendant has an interest, and which is in the custody, control of possession of the Garnishee.

ENTERED this _____ day of December, 2025.

 

_____
United States District Judge