IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**
**Plaintiff,**

v.

**STEVEN DAVID SEEGER,**                      Case Number: 1:24CR42
**Defendant,**                                 Redacted

v.

**CAPITAL ONE FINANCIAL CORP,**
**Garnishee.**

## WRIT OF GARNISHMENT

TO:  Capital One Financial Corp
     1680 Capital One Drive
     McLean, VA 22102-3491

PURSUANT TO 28 U.S.C. § 3205, YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE UNITED STATES OF AMERICA PERSONAL PROPERTY OF THE DEFENDANT, INCLUDING BUT NOT LIMITED TO, 401-K OR OTHER PENSION DISTRIBUTION(S) OWED TO THE DEFENDANT(S) AS A BENEFICIARY, PENSIONS, ANNUITIES, RETIREMENT OR PROFIT SHARING PLANS, INDIVIDUAL RETIREMENT ACCOUNTS, 401-K ACCOUNTS,  CHECKING ACCOUNTS, SAVINGS ACCOUNTS, MONEY MARKET ACCOUNTS, CERTIFICATES OF DEPOSIT, MUTUAL FUNDS, STOCKS, BONDS, EMPLOYEE STOCK OWNERSHIP PLANS, OR OTHER PERSONAL PROPERTY IN THE DEFENDANT'S NAME WHICH IN YOUR CUSTODY, CONTROL OR POSSESSION OF THE DEFENDANT OR IN WHICH THE DEFENDANT HAS AN OWNERSHIP INTEREST.

Please read the following instructions regarding the steps you must take to comply with this Writ.  For additional information, you may want to contact your attorney or the representative for the United States identified in Paragraph 6.

## INSTRUCTIONS TO THE GARNISHEE

1.  The name, last known address and Social Security Number of the person who is the defendant in this action and whose property is subject to this Writ is:

The name, last known address and Social Security Number of the person who is the defendant in this action and whose property is subject to this Writ is:

> Stephen David Seeger
> SSN: ***-**-6844
> *****
> ADELANTO, CA 92301

2. This Writ has been issued at the request of the United States of America to enforce the collection of a criminal judgment entered in favor of the United States against the defendants. The amount of the judgment is $24,975.00, which includes interest at the rate of 0%.

3. If you have in your custody, control or possession any property of the defendants, including but not limited to, 401-K or other pension distribution(s) owed to the defendant(s) as a beneficiary, pensions, annuities, retirement or profit sharing plans, individual retirement accounts, 401-K accounts, checking accounts, savings accounts, money market accounts, certificates of deposit, mutual funds, stocks, bonds, employee stock ownership plans, or other personal property in said defendants' names, or if you obtain custody, control or possession of such property while this Writ is in effect, you must immediately withhold the property from said defendant and retain it in your possession until you receive instructions from the Court which will tell you what to do with the property and which will notify you when this Writ is no longer in effect.

4. **You are required to answer this Writ within 10 days after the service of the Writ upon you.** YOU MUST ANSWER THE WRIT EVEN IF YOU DO NOT HAVE IN YOUR CUSTODY, CONTROL OR POSSESSION ANY PROPERTY OF SAID DEFENDANT. Your Answer must state, under oath, the following information:

   a. whether you have custody, control or possession of assets, including but not limited to, life insurance proceeds or other personal property in said defendant's name to be applied toward the judgment;

   b. a description of the assets and amount;

    c.    a description of any other garnishments, suggestions or levies to which the assets are subject and the extent to which any remaining assets are exempt from garnishment, suggestion or levy;

    d.    the amount of any assets you anticipate owing the defendant at any time in the future and the date on which payment will be made; and

    e.    a description of any assets you anticipate will come into your custody, control or possession and the dates on which such custody, control or possession will occur.

For your convenience, a form which addresses the required information which you can use to answer the Writ is attached.

    5.    After you complete the answer under oath, you must mail or deliver an answer bearing the **original** signature of the person preparing the answer to:

    Clerk, United States District Court    (ORIGINAL)
    P. O. Box 471
    Wheeling, WV  26003

At the same time you mail the answer to the Clerk, you must also mail or deliver copies of the answer to:

    Morgan S. McKee    (COPY)
    Assistant U. S. Attorney
    P.O. Box 591
    Wheeling, WV  26003

    Thomas Dyer, Esq.    (COPY)
    Dyer Law Offices
    349 Washington Ave
    Clarksburg, WV 26301

    Elizabeth Franklin-Best, Esq.    (COPY)
    Elizabeth Franklin-Best, P.C.
    3710 Landmark Drive, Suite 113
    Columbia, SC 29204

    Steven David Seeger (25025-511)    (COPY)
    FCI Victorville Medium II
    FEDERAL CORRECTIONAL INSTITUTION

      P.O. BOX 3850
      ADELANTO, CA 92301

6. If you have any questions, you should contact your attorney. You may also contact a representative of the United States at the following address and telephone number:

      Morgan S. McKee
      Financial Litigation Unit
      P.O. Box 591
      Wheeling, WV  26003
      304-234-0100

7. **IF YOU FAIL TO ANSWER THIS WRIT OR WITHHOLD PROPERTY IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES OF AMERICA MAY REQUEST THE COURT TO ORDER YOU TO APPEAR BEFORE THE COURT AND SHOW GOOD CAUSE FOR YOUR FAILURE TO COMPLY, THE COURT MAY ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE PERSONAL PROPERTY OF THE DEFENDANTS, INCLUDING BUT NOT LIMITED TO, LIFE INSURANCE PROCEEDS, OR OTHER PERSONAL PROPERTY IN SAID DEFENDANT'S NAME, OR IN WHICH SAID DEFENDANT HAS AN OWNERSHIP INTEREST, WHICH IS IN YOUR CUSTODY, CONTROL OR POSSESSION, OR CAME INTO YOUR CUSTODY, CONTROL OR POSSESSION.**

      STEPHANIE HAINER OJEDA
      UNITED STATES DISTRICT CLERK


      By:_____
            Deputy Clerk