IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,
Plaintiff,

v.                                              Case Number: 1:24CR42

STEVEN DAVID SEEGER,
Defendant,

v.

CAPITAL ONE FINANCIAL CORP,
Garnishee.

## CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT AND INSTRUCTIONS TO THE DEFENDANT

YOU ARE HEREBY NOTIFIED that a Writ of Garnishment was issued by the Clerk of the United States District Court for the Northern District of West Virginia pursuant to the application of the United States of America. The United States has requested the Writ as a means of collecting the judgment entered against you by the Court on September 23, 2025. The party upon whom the Writ has been served (the "Garnishee") may be required to surrender to the United States property, including 401-K or other pension distribution(s) owed to the defendant(s) as a beneficiary, pensions, annuities, retirement or profit sharing plans, individual retirement accounts, 401-K accounts, checking accounts, savings accounts, money market accounts, certificates of deposit, mutual funds, stocks, bonds, employee stock ownership plans, or other personal property in your name or in which you have an interest. Any funds received will be applied to the payment of the judgment. A copy of the Writ and the accompanying documents are attached to this Notice; you should refer to these documents for a more complete description of the Writ and the party upon whom the Writ has been served.

## INSTRUCTIONS TO THE DEFENDANT

## THE FOLLOWING INSTRUCTIONS CONTAIN IMPORTANT INFORMATION CONCERNING YOUR RIGHTS AND REMEDIES.

1. The Garnishee is required to withhold from you and retain personal property, including, but not limited to, pensions, annuities, retirement or profit sharing plans, individual retirement accounts, 401-K accounts, checking accounts, savings accounts, money market accounts, certificates of deposit, mutual funds, stocks, bonds, employee stock ownership plans, or other personal property in your name or in which you have an interest, which is in its custody, control or possession. In addition, the Garnishee is required by the Writ to file an Answer containing information about the property and to mail you a copy of the Answer. Please refer to the Writ for a specific listing of the requested information.

2. The law provides exemptions which may protect some of the property from being taken by the United States if you can show that the exemptions apply. Attached is an explanation of how to claim exemptions and a list of the major exemptions which apply.

3. You have a right to ask the Court to return your property if you think you do not owe the money to the United States that it claims you do.

4. You have the right to request a hearing before the Court and to file written objections to the Writ. If you want to request a hearing or file a written objection to the Writ, you must file the request or the written objection within 20 days from the date you receive the answers of the Garnishee, or within 20 days from the date you receive this notice, whichever is later. **IF YOU DO NOT FILE A WRITTEN OBJECTION OR REQUEST A HEARING, THE COURT MAY ENTER AN ORDER GARNISHING THE PROPERTY HELD BY THE GARNISHEE AND PERMITTING THE UNITED STATES TO USE THE PROCEEDS FROM THE PROPERTY TO PAY THE JUDGMENT.**

5.	Your request for a hearing and your objection must be in writing. If you wish, you may use the attached Claim for Exemption Form and check the appropriate boxes for exemptions and to request a hearing.

6.	The objection must state your specific reasons for believing that these funds or property are not subject to garnishment by the United States.

7.	If you want to file an objection or request a hearing, you must mail or deliver the objection or request to:

Clerk, U. S. District Court (ORIGINAL)  
P. O. Box 471  
Wheeling, WV  26003

United States Attorney's Office (COPY)  
Financial Litigation Unit  
P.O. Box 591  
Wheeling, WV  26003

8.	If you request a hearing, the hearing will take place within ten (10) days after the Clerk receives your request, or as soon after that as possible. At the hearing, you will be required to explain to the judge why you think you do not owe the money to the Government.

9.	If you think you live outside the Northern District of West Virginia, you may request the Court to transfer this proceeding to the federal judicial district in which you reside. You must make your request within 20 days after you receive this Notice. The request must be in writing and must be mailed or delivered to the Clerk and the attorney for the United States at the addresses listed in Paragraph 7.

10.	Be sure to keep a copy of this notice for your own records. **IF YOU HAVE ANY QUESTIONS ABOUT YOUR RIGHTS OR ABOUT THIS PROCEDURE, YOU SHOULD CONTACT A LAWYER, AN OFFICE OF PUBLIC LEGAL ASSISTANCE, OR THE CLERK OF THE COURT.** The Clerk is not permitted to give legal advice, but can refer you to

other sources of information. In addition, you may contact the attorney for the United States, Morgan S. McKee, at the address stated in Paragraph 7 or by telephone at 304/234-0100, **if you are not represented by counsel.**

Date: 01-09-2026

STEHANIE HAINER OJEDA
UNITED STATES DISTRICT CLERK

By: J. Cole
/Deputy Clerk