UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
JAN 2 0 2026
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | C/A: 1:24-cr-42-1 |
| vs. ) | |
| ) | |
| STEVEN SEEGER, ) | |
| Defendant. ) | |

## MOTION TO GRANT APPELLATE COUNSEL ACCESS TO SEALED STATEMENT OF REASONS

Undersigned counsel respectfully asks this Court to enter an order granting her access to a copy of the statement of reasons. The statement of reasons was filed on September 23, 2025. Counsel has been retained by Mr. Seeger in his direct appeal and believes access to document is necessary to include in the Joint Appendix. Counsel has filed her Notice of Appearance in the Fourth Circuit Court of Appeals for case 25-4526. Counsel will not release the statement of reasons to any other parties and will, if necessary, file the document in the Sealed portion of the Joint Appendix. She is also aware of her duty to redact personal identifying information in any public filings.

1

## CONCLUSION

Counsel respectfully requests the Court order that appellate counsel be allowed access to the statement of reasons for purposes of developing Mr. Seeger's case for appellate review.

Respectfully submitted,

/s/ Elizabeth Franklin-Best
Elizabeth Franklin-Best, P.C.
3710 Landmark Drive, Suite 113
Columbia, South Carolina 29204
(803) 445-1333
Elizabeth@franklinbestlaw.com

January 12, 2026