ELIZABETH FRANKLIN-*Best*

APPELLATE AND FEDERAL CRIMINAL LAW

3710 LANDMARK DRIVE SUITE 113
COLUMBIA, SOUTH CAROLINA 29204

**FILED**

JAN 2 0 2026

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

**X-RAYED**



COLUMBIA SC 290

13 JAN 2026 PM 4 L

US District Court
Northern District of West Virginia
Clerk of Court
500 West Pike Street, Room 301
Clarksburg, WV 26301

26301-266400