IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  v.                            Crim. Action No. 1:24-CR-42
                                        (Judge Kleeh)

**STEVEN DAVID SEEGER,**

      **Defendant.**

### ORDER GRANTING MOTION TO RELEASE
### STATEMENT OF REASONS TO APPELLATE COUNSEL [ECF NO. 202]

Pending before the Court is Defendant's *Motion to Grant Appellate Counsel Access to Sealed Statement of Reasons* [ECF No. 202]. Defendant's appellate counsel requires access to Defendant's sealed Statement of Reasons ("SOR") for use in preparing Defendant's appeal. Id. For reasons appearing to the Court, the motion for access to Defendant's SOR is **GRANTED**. Id.

It is so **ORDERED**.

The Clerk is directed to transmit a copy of this Order to counsel of record via CM/ECF. The Clerk is further directed to forward a copy of this Order and Sealed SOR [ECF No. 184] by certified mail, return receipt requested, to Attorney Elizabeth Franklin-Best, 3710 Landmark Drive, Suite 113, Columbia, South Carolina 29204.

**DATED**: January 20, 2026

                                                  */s/ Thomas S. Kleeh*
                                        THOMAS S. KLEEH, CHIEF JUDGE
                                        NORTHERN DISTRICT OF WEST VIRGINIA