3RI20260121CAP6700005

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

MAR 1 1 2026

U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

UNITED STATES OF AMERICA,
Plaintiff,

v.                                                    Case Number: 1:24CR42

STEVEN DAVID SEEGER,
Defendant,

v.

CAPITAL ONE FINANCIAL CORP,
Garnishee.

## ANSWER OF THE GARNISHEE

STATE OF     WEST VIRGINIA ,

COUNTY OF     WEST VIRGINIA    , TO WIT:

I,     Mahesh Kumar     , being first duly sworn, hereby state the following:

1.     I am the     Legal Processor     (Official Title) of the Garnishee, Capital One Financial Corp.

2.     The Garnishee received a Writ of Garnishment on the _25th_ day of __Feb__ , 2026 in this action.

3.     The Garnishee currently has custody, control and possession of personal property of Defendant Steven David Seeger, including but not limited to, 401-K or other pension distribution(s) owed to the defendant(s) as a beneficiary, pensions, annuities, retirement or profit sharing plans, individual retirement accounts, 401-K accounts, checking accounts, savings accounts, money market accounts, certificates of deposit, mutual funds, stocks, bonds, employee stock ownership plans, or other personal property in the defendant's name.

YES ☒ NO ☐



Capital One
PO Box 9970
Glen Allen, VA 23058

800-655-BANK (2265)

0101217      01 MB  0.67  **AUTO   T5 0 9696 26003-006071    -C01-P01218-I



United States District Court STEPHANIE HAINER OJEDA, Clerk
P. O. Box 471
Wheeling, WV 26003



March 06, 2026

Discover is now a division of Capital One, N.A. As such, you may receive more than one response to this order.

Products and services are offered by Capital One, N.A., Member FDIC. ©2026 Capital One.

4382821

3RI20260121CAP6700005

4.      The Garnishee expects to obtain custody, control or possession of personal property of said defendant, including but not limited to, 401-K or other pension distribution(s) owed to the defendant(s) as a beneficiary, pensions, annuities, retirement or profit sharing plans, individual retirement accounts, 401-K accounts, checking accounts, savings accounts, money market accounts, certificates of deposit, mutual funds, stocks, bonds, employee stock ownership plans, or other personal property in the defendant's name in the foreseeable future.

YES ☐ NO ☒

5.      Are you aware of any other garnishments, suggestions or levies currently in effect?

YES ☐ NO ☒

6.      If the answer to Question 5 is "yes," please attach to this Answer a copy of each garnishment, suggestion or levy.

7.      Do you or will you owe the defendant money in the foreseeable future? Note: If the personal property is a long-term investment with no set payout schedule, you must answer "yes," if the defendant has a right to withdraw the funds if he chooses to do so.

YES ☐ NO ☒

8.      If your answer is yes, provide the amount of money you will owe, the date or dates on which each payment is due, and the reason why you owe or will owe the money to the defendant:      N/A

| Type of Payment | Amount | Date Payment is Due |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

3RI20260121CAP6700005

9.    If you currently have in your custody, control or possession property in the form of 401-K or other pension distribution(s) owed to the defendant(s) as a beneficiary, pensions, annuities, retirement or profit sharing plans, individual retirement accounts, 401-K accounts, checking accounts, savings accounts, money market accounts, certificates of deposit, mutual funds, stocks, bonds, employee stock ownership plans, or other personal property in the defendant's name or in which the defendant has an interest, for each item of property provide the following information (If not applicable, state N/A):

| Description of Property | Approximate Value | Description of Debtor's Interest |
|---|---|---|
| 1.  XXXX0554, Savings | $24,975.00(Holding) | N/A |
| 2. | | |
| 3. | | |
| 4. | | |

10.    For each item of property in the form of 401-K or other pension distribution(s) owed to the defendant(s) as a beneficiary,  pensions, annuities, retirement or profit sharing plans, individual retirement accounts, 401-K accounts, checking accounts, savings accounts, money market accounts, certificates of deposit, mutual funds, stocks, bonds, employee stock ownership plans, or other personal property in the defendant's name or in which the defendant has an interest, which you expect to obtain custody or possession of in the foreseeable future, provide the following information (If not applicable state N/A):

| Description of Property | Approximate Value | Description of Debtor's Interest | Date you will obtain property |
|---|---|---|---|
| 1. XXXX0554, Savings | $24,975.00(Holding) | N/A | 03/06/2026 |
| 2. | | | |

0101217-0001600-0000004 of 0000006-C01-b1-7100-9696-01218

3RI20260121CAP6700005

3. _____

4. _____

     11.    Do you have any objections or defenses to the garnishment of the defendant?

YES ☐ NO ☐     N/A

If yes, please explain the nature and basis of your objection:

                  CAPITAL ONE FINANCIAL CORP,
                  Garnishee

                  Mahesh Kumar, Legal Processor
By:
                  Name of person preparing Answer

        The foregoing instrument was acknowledged before me on the ___6th___ day of

     February     , 2026, by                on behalf of the

Garnishee, Capital One Financial Corp.

All Processors are remote, Unable to notarized     Notary Public

     My commission expires

(SEAL)