**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**v.**

**STEVEN DAVID SEEGER,**                     **Case Number: 1:24CR42**
**Defendant,**


**v.**

**CAPITAL ONE FINANCIAL CORP,**
**Garnishee.**


## <u>ORDER OF GARNISHMENT</u>

This day came Plaintiff, the United States of America, by its attorney, Morgan S. McKee, Assistant United States Attorney for the Northern District of West Virginia, seeking an order requiring the Garnishee, Capital One Financial Corp, to pay to the Clerk, monies being held pursuant to a Writ of Garnishment issued by the Clerk.  In light of pleadings and documents in the Court file, the Court finds that it is reasonable and appropriate to enter the order sought by the plaintiff.  Accordingly, it is hereby

ORDERED that the Garnishee, Capital One Financial Corp, shall immediately pay to the Clerk, United States District Court, Northern District of West Virginia, P.O. Box 471, Wheeling, WV 26003, funds held in the account in the name of defendant Steven David Seeger up to $25,725.38.

It is further

ORDERED that upon payment of the current balances of said accounts to the Clerk, the Garnishee, Capital One Financial Corp, is absolved of any further obligation with respect to the Writ of Garnishment.  It is further

ORDERED that the United States is directed to provide copies of this Order to the Defendant and the Garnishee.

DATED this 11th day of May,  2026.

ENTER:

_____
UNITED STATES DISTRICT JUDGE